

# Recruitment and Retention Policy

**PURPOSE**

It is advantageous for Premier and its sponsors to continue to grow the membership base of Premier. This can be accomplished by recruiting owners, group affiliates, direct affiliates and affiliate members. This Recruitment and Retention Policy ("Policy") applies to all members of Premier's group purchasing program (the "Program") and outlines Premier's expectations for sponsors and members to participate in the Program while continuing to grow the Program.  For purposes of this Policy (i) the term "sponsor" refers to a Premier owner, group affiliate, direct affiliate or any other third party that is permitted by Premier to extend membership in the Program to healthcare and/or non-healthcare facilities that operate within Premier's membership classes of trade and (ii) the term "member" refers to any entity listed on Premier's membership roster, including a sponsor.

**1. New member recruitment**

    1.1.   Prior to beginning any recruitment efforts, sponsors are required to review the lists of Premier members ("rosters") to confirm that any target of recruitment efforts (a "prospect") is not already rostered to Premier.  If a prospect is already rostered, the prospective sponsor may not engage in any recruitment efforts.

    1.2.   If a sponsor learns during a recruiting process that a prospect is sponsored by another sponsor, all recruitment activities must cease immediately.

    1.3.   Sponsors are required to review the government exclusion lists provided below to confirm that sponsored members and prospects are not listed as debarred or excluded. Should a member or prospect appear on a government exclusion list, membership in Premier may be denied or revoked. Approval from Premier's senior management is required before continuing the recruitment process in the event a prospect appears on any government exclusion list.

        1.3.1.   https://www.sam.gov/ which contains the General Services Administration's comprehensive list of excluded providers for all federal programs.



**EXHIBIT**

**1**



    1.3.2.   http://exclusions.oig.hhs.gov/ which contains the Office of Inspector General's list of excluded healthcare industry providers.

    1.3.3.   http://www.treas.gov/offices/enforcement/ofac/sdn/ which contains the Treasury Department's list of Specially Designated Nationals (which include terrorist organizations and organizations associated with countries with sanctions/embargoes).

1.4.   Premier reserves the right to deny or rescind membership to any facility or organization that does not reflect the values or ethics of Premier or its membership. This includes compromising the ability of Premier to deliver a competitive contract portfolio and failing to comply with Premier's policies and procedures for membership. Premier shall have the right in its sole and absolute discretion to terminate or deny the membership of any facility or organization whose involvement with Premier has the potential to damage the reputation of Premier and/or any of its affiliated companies.

1.5.   With the exception of sponsors with contractual restrictions relating to geography, there are no geographic boundaries on recruitment of members.

1.6.   If two or more sponsors are recruiting the same prospect, the prospect may select its sponsor based on its needs and requirements.

1.7.   Sponsors are responsible for verifying that all information provided about new and existing members is accurate and complete. Inaccurate or incomplete information may result in immediate termination of such facility from Premier. In the event a sponsor misrepresents a facility's class of trade or service provider classification, the violation will be reviewed by Premier's senior management.

1.8.   Except for agreements that allow sales to retail pharmacies and DME providers, members are not permitted to re-sell products purchased under Premier contracts. Such products are intended solely for the own use of the purchasing facility. Should a sponsor become aware that any of its sponsored affiliates are inappropriately reselling or diverting products obtained under Premier contracts, the sponsor should promptly contact Premier management for determination of the appropriate action.



1.9. All Members are expected to adhere to Premier's Group Purchasing Policy. Failure to comply with the Group Purchasing Policy may result in termination of a member's right to participate in the Program. Premier's Group Purchasing Policy shall not be shared with any third party that is not a member without Premier's prior written consent. All prospects must sign Premier's standard confidentiality agreement before any sponsor, member or other authorized third party discloses any confidential information (including, providing Premier contract pricing and/or a market basket analysis) to the prospect. All changes to the confidentiality agreements must be approved by Premier.

1.10. All sponsors of non-acute healthcare provider members have the option to apply for participation in Premier's Sponsor Certification Program. The purpose of the certification program is to offer additional benefits to sponsors who consistently adhere to best practices for running a successful non-acute affiliate program that are established by Premier from time to time ("Certification Requirements"). In order to participate, a sponsor must complete the Sponsor Certification Application, provided by Premier upon request, and submit the application to Premier for consideration. Premier will review the application and determine whether the sponsor meets the Certification Requirements. Once certification is granted by Premier, a sponsor will remain certified for as long as it continues to adhere to the Certification Requirements. Additional details on the program are currently available on the Sponsors of Affiliates Community. Premier reserves the right to modify or terminate the program at any time.

2. **Existing member transfers**

   2.1. **Recruiting current members (poaching)**

      2.1.1. A sponsor may not, directly or indirectly, recruit or offer membership (poach) to another sponsor's member(s). Poaching is defined as direct or indirect contact by a sponsor with another sponsor's member(s) regarding changes in sponsorship. An agent cannot market on behalf of a specific sponsor to another sponsor's member(s). Sponsorship transfers are not permitted for members except as described in this Policy.

      2.1.2. If a sponsor or Premier is contacted by another sponsor's member, the sponsor/Premier should direct the member



back to their current sponsor so that the current sponsor is given the opportunity to resolve any issues.

2.1.3. If a member terminates its membership in Premier, it may not rejoin Premier under another sponsor for six months following the effective date of termination unless the previous sponsor consents.

2.2. **Non-acute and acute member (including Provider Select:MD members) sponsorship transfers**

2.2.1. Sponsorship transfers are only permitted in the following circumstances (1) the sponsors (current and requested) mutually agree in writing to the transfer, (2) a member owns or controls, or obtains ownership or control over, a member rostered under a different sponsor, (3) the transfer is necessary for valid business reasons that are approved by Premier's senior management in consultation with the Member Agreement Review Committee or (4) as described in Section 2.2.2. For purposes of this Section 2.2.1. and Section 2.2.5., "control" means control over all of a facility's operations.

2.2.2. With respect to non-acute healthcare provider members only, sponsorship transfers are also permitted if all the following circumstances exist: (i) the member, not the requested sponsor, initiates contact regarding a potential transfer, **and** (ii) the current sponsor is not certified under Premier's Sponsor Certification Program **and** (iii) the requested sponsor is certified under Premier's Sponsor Certification Program.

2.2.3. Notwithstanding any other provision of this Policy to the contrary, and subject to Premier's then applicable criteria for ownership, eligible members may seek to become a Premier owner or direct affiliate at any time and Premier may communicate with any member about these options without limitation by this Policy. Premier will notify the member's current sponsor about any such discussions.

2.2.4. For transfers based on mutual consent, a transfer request form must be completed and signed by (1) an officer or other authorized signatory of the transferring member, (2) an officer or other authorized signatory of the new sponsor and (3) an officer or other authorized signatory of the



current sponsor. Once complete, the form must be submitted to Premier as specified on the form.

2.2.5. In the event a member (the "Controlling Member") owns or controls, or obtains such ownership or control over, facilities that are rostered as members under another sponsor, the Controlling Member may request a transfer of any such facilities (the "Transferred Facilities") to its current sponsor subject to any contractual commitments the Transferred Facilities may have to their pre-transfer sponsor. In order to qualify for this type of transfer, the Controlling Member must own or control the Transferred Facilities and the transfer must not violate the terms of any agreements Premier and/or the Transferred Facilities have with the current sponsor or any other third party.

2.2.6. A sponsor shall provide written notice to Premier if a change of control of such sponsor occurs. "Change of control" means the consummation of a transaction in which a majority of the equity or nonprofit corporate membership interests in, or all or substantially all of the assets of, the sponsor are sold, transferred or assigned to an unrelated third party, or by which the sponsor is merged into and with an unrelated third party and the equityholders or nonprofit corporate members of the sponsor prior to the transaction hold less than a majority of the equity or nonprofit corporate membership interests in the surviving entity. If a Change of Control results in transfer of control of a sponsor to another Premier member, notwithstanding anything to the contrary in this Policy, the sponsored affiliates of the sponsor undergoing the Change of Control shall have the right to transfer to another sponsor by executing a transfer request form within six (6) months following the Change in Control, without any other action by any party, and such transfer shall not be a violation of this Policy.

2.2.7. In order to commence the transfer processes outlined in this Section 2.2, in all cases, a transfer request form must be completed and signed by an officer or other authorized signatory with control over all supply chain purchases for the transferred facilities. The signed form must be submitted to Premier for review.

2.2.8. In the event of a transfer request for valid business reasons, the transferring member and sponsor requesting



the transfer will complete Premier's sponsorship transfer form and describe in detail the basis for the transfer request. Premier's senior management will review the transfer request to determine if the transfer is consistent with Premier policies and contractual obligations and will seek input from the Member Agreement Review Committee as necessary to resolve any disputes.

2.2.9. The sponsor transfer process will include a thirty (30) day review period to permit the current sponsor to resolve any issues with the member seeking a transfer. Unless the member withdraws its transfer request, the transfer will become effective at the end of the thirty (30) day period. The thirty (30) day verification period may be waived with mutual written consent of both sponsors. The thirty (30) day waiting period will not apply if the transfer is due to a change in ownership.

2.2.10. Each sponsor is responsible for ensuring that in connection with any transfer of sponsorship, such sponsor and each transferred facility complies with any applicable legal or contractual obligations to third parties.

2.3. **Premier REACH® Program transfer process**

2.3.1. The transfer process described in Section 2.2 applies to sponsors of participants in Premier's REACH® Program except as expressly provided in Section 2.2.

## 3. Membership requirements

3.1. Sponsors will require that prospective members use Premier's standard membership application process. With Premier's prior written consent, Premier's membership forms may be co-branded with sponsors. Sponsors are required to keep any approved co-branded forms current and consistent with Premier's standard forms.

3.2. In the event a member is operated by a state, federal or municipal agency and subject to applicable open records laws, which may require the release of confidential or proprietary information of Premier, the member will promptly notify Premier of any request under such laws for the release of Premier's information.  Further, such member is expected to cooperate in good faith with Premier and use its best efforts to assist Premier in preventing the release



of such information, including notifying Premier prior any required release of such information, to the extent consistent with applicable law.

3.3. Members may complete and sign one membership application for all facilities listed on the membership application if (i) the member has control over all supply chain purchases for each facility listed and (ii) an officer or other authorized signatory of the member signs on behalf of and binds each facility to the terms of the membership application. Premier is required to obtain from each member facility an executed Facility Authorization and Vendor Fee Agreement in order to comply with the regulatory Safe Harbor for group purchasing organizations (42 C.F.R. § 1001.952(j)).

3.4. A member that withdraws from Premier must complete new membership paperwork, including a new Facility Authorization and Vendor Fee Agreement, in order to rejoin Premier.

3.5. Sponsors are responsible for maintaining the accuracy of their roster information. An updated copy of the sponsor's roster information shall be provided to Premier by the sponsor on at least a quarterly basis and upon request by Premier.

3.6. If a member purchases products through the Program, or has its own Medicare Provider Number, the member must be rostered with its own entity code and not listed as a ship to address of another member.

4. **Zero Spend Members**

4.1. Premier will provide each sponsor with a list of its members (the "Notice") that during the two year period preceding the notice have zero dollars in purchases through the Program. Sponsors will have twelve (12) months to review the Notice (the "Review Period") and either (i) increase contract utilization by the member or (ii) provide a legitimate reason in writing to Premier demonstrating why a member has not made any purchases through the Program. . Premier reserves the right to change the time periods set forth in this Section 4.1 from time to time for valid business reasons.

4.2. Following the Review Period, if neither of the criteria set forth in clauses (i) and (ii) of Section 4.1 have been met, Premier may (i) terminate membership of any member included on the Notice, (ii) make such member available for recruitment by other sponsors, and/or (iii) roster such member as a direct affiliate of Premier.



4.3. The terms of Section 2.1 do not apply to any member that is removed from a sponsor's membership pursuant to Section 4.2 until it has transferred to a new sponsor.

## 5. Professional Organizations

5.1. Professional Organizations (such as the American Hospital Association) can be rostered to support the development of hierarchical lists or relationships in Siebel, Premier's membership database. Rostering these organizations does not automatically make their member organizations members of Premier, nor does it give the sponsor any exclusive rights to roster the members of the professional organization. Each member of the professional organization has the right to select the sponsor of its choice subject to the terms of this Policy. Recruiting current members of Premier (poaching) on behalf of another sponsor is not permitted.

## 6. Non-Healthcare (Premier REACH®)

6.1. The terms of this Article 6 apply to non-healthcare members only and apply in place of any conflicting statements elsewhere in this Policy.

6.2. The recruitment of non-healthcare entities is very different than the recruitment of healthcare entities. The environment, people, goals, etc. are all quite different within the non-healthcare market. Therefore, Sponsor organizations wishing to recruit non-healthcare entities must have at least one individual on staff, at all times, that has successfully completed the Premier Non-Healthcare Certification Program to lead the pursuit of opportunities within the market place. Annual training/education updates will be required to keep certification current.

6.3. Training will not be required to sponsor a non-healthcare entity if the entity is owned or controlled by the sponsoring organization.

6.4. Premier defines the classes of trade that are available for sponsors to recruit members. Each member is required to indicate its class of trade on the Premier membership application and to notify Premier in writing of any changes to its classes of trade. Member pricing, and product availability, will be determined by the terms of Premier's group purchasing agreements with suppliers.



6.5. Non-healthcare members that are rostered as direct affiliates to Premier are generally not eligible for transfer to other sponsors.

6.6. Any member that wants to change sponsors may be converted to a direct affiliate of Premier until Premier can find a new sponsor. Sponsors may not solicit any member for sponsorship changes.

6.7. Premier can and will communicate directly with non-healthcare members. Communication may include, but is not limited to, Premier informational communications, contract information and satisfaction surveys.

6.8. For information on the non-healthcare membership application process, please refer to the Sponsors section of the PremierConnect® website, which is currently found in the "Sponsors of Affiliates Community".

7. **Departing Premier Owners**

7.1. If a Premier owner terminates its membership, its sponsored members may become direct affiliates of Premier in order to continue participating in the Program. The member(s) has the option to select another sponsor pursuant to the terms of this Policy or to remain as a direct affiliate of Premier.

8. **Miscellaneous**

8.1. Terms and conditions of the contracts in the portfolio will govern how contract pricing and products can be accessed.

8.2. Premier may contact any member directly in order to comply with applicable laws and regulations.

8.3. To better support collaborative efforts, Premier requests advance notification of any non-Premier sponsored collaborative efforts among sponsors involving Premier programs. Any sponsor providing collaborative services around contract optimization and affiliate sales and service support may do so through mutual understanding between the sponsors while maintaining the original Premier roster structure.

8.4. Members will not use Premier's name, trademarks or other materials in marketing the program without the prior written approval of Premier.



## 9. Resolution

9.1. Any violation of this policy, or disputes that arise as a result of this policy, may be referred to Premier senior management and the Member Agreement Review Committee for resolution. Any exceptions to this Policy must be approved by the Member Agreement Review Committee.

*Approved by the Member Value Improvement Committee on July 11, 2016*