

**FILED**
JAMES J. VILT, JR. - CLERK

FEB 03 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY



Michael G. Adams
Secretary of State

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718
Phone: (502) 564-3490
Fax: (502) 564-5687

U. S. District Court
Western District
601 W. Broadway
106 Gene Snyder U. S. Courthouse
Louisville, KY 40202

FROM:              SUMMONS DIVISION
                   SECRETARY OF STATE

RE:                CASE NO: 3:25-CV-6-CHB

DEFENDANT:         OMNIA PARTNERS, LLC

DATE:              January 27, 2025

USPS Certified Mail ID:   9202992267700103284573

The Office of the Secretary of State was served with a summons and accompanying documents for the captioned defendant on

January 21, 2025

This office served the defendant by sending a copy of the summons and accompanying documents via certified mail, return receipt requested, on

January 21, 2025

We are enclosing the return receipt confirming receipt of summons.

 **UNITED STATES POSTAL SERVICE**

January 27, 2025

Dear Secretary Of State Commonwelth of Kentucky:

The following is in response to your request for proof of delivery on your item with the tracking number: **9202 9922 6770 0103 2845 73**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | January 27, 2025, 9:49 am |
| **Location:** | KNOXVILLE, TN 37919 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

**Recipient Signature**

| | |
| --- | --- |
| Signature of Recipient: | |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

MICHAEL G. ADAMS
SECRETARY OF STATE
P.O. Box 718
Frankfort, Kentucky 40602-0718

☑ *REGISTER TO VOTE*

01/30/25



FIRST-CLASS
AUTO LETTER

US POSTAGE
ZIP 40601    $ 000.54⁰
02 7W
0008028546 JAN 29 2025

# FILED

JAMES J. VILT, JR. - CLERK

FEB 03 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

601 W BROADWAY STE 450 40202

LSZ-S5B 40202