**From:** Lisa Wittmer <Lisa.Wittmer@omniapartners.com>
**Date:** March 14, 2024 at 1:48:57 PM EDT
**To:** Brian Bachman <bbachman@metzcorp.com>, jeffm@metzcorp.com
**Cc:** Shane Springer <Shane.Springer@omniapartners.com>, John Lander <John.Lander@omniapartners.com>
**Subject: RE: Metz & OMNIA Partners (Premier B&I)**

Gentlemen,

Good day, I am following up from my communication, I understand you connected with Alliant yesterday and Mark reached out. I also requested a call with him but have not heard back as of this afternoon.

I recommend that we connect either today or tomorrow if you have questions or concerns. Again, to confirm OMNIA Partners will not approve the transition from Pandion to Alliant for the B&I business. If you don't want to connect, I assume you understand that you will remain a customer under the Pandion channel partner relationship for the Premier program.

Thank you,

**Lisa Wittmer**
Group Vice President, Food Services & Channel Partners
OMNIA Partners
216-287-7577 Cell