**From:** Lisa Wittmer <Lisa.Wittmer@omniapartners.com>
**Sent:** Thursday, March 14, 2024 1:52 PM
**To:** Mark Slone <mslone@alliantpurchasing.com>

**Cc:** John Lander <John.Lander@omniapartners.com>; Shane Springer <Shane.Springer@omniapartners.com>
**Subject:** RE: Metz Culinary Management and all related entities

Mark,

I am following up on my email below, please let me know if you would like to speak today or tomorrow. To reiterate, OMNIA Partners has denied the transfer request for Metz. If you don't want to speak, I assume you understand that Metz will remain a customer under Pandion.

I have reached out to Brian and Jeff at Metz as well.

Thank you,

**Lisa Wittmer**
Group Vice President, Food Services & Channel Partners
OMNIA Partners
216-287-7577 Cell



Your ally in the purchasing process. A better way to buy.