

# GROUP PURCHASING
# CODE OF CONDUCT

Setting the Purchasing Standards of Business Conduct at Premier

# 1. GENERAL ETHICS POLICIES

**1.a. Commitment to Members and to the Goals of Quality Products and Cost Containment**
Each Premier GPO acts first and foremost as a representative of its Member organizations and pursues two primary goals — quality products for the healthcare and business sectors and cost control.

**1.b. Code of Conduct**
Each Premier GPO will maintain this comprehensive Code of Conduct which aligns with the Healthcare Group Purchasing Industry Initiative ("HGPII") code, best ethical standards for the Group Purchasing Industry and other common ethical policies.[1]

**1.c. Premier GPOs Shall Comply with Applicable Laws**
Each Premier GPO shall stay abreast of changes and new developments in the law and provide compliance guidance and education regarding applicable laws to employees, members of the Board of Directors for any Premier Entities ("Directors") and non-employee advisors on any Member Committee that provide advice to a Premier GPO ("Advisors").

---

[1] Other ethical policies applicable to all Premier Entities include adherence to all applicable laws, business relationships with companies other than Participating Vendors, outside employment by employees, the protection of confidential and proprietary information, the protection of company assets, respect for copyright, accurate accounting and financial reporting, fair competition toward competitors, policies addressing industrial espionage and sexual harassment, and a commitment to diversity programs in hiring and promotion.

# 9. DISCLOSURE OF ADMINISTRATIVE FEES

### 9.a. Written Agreement
Each Premier GPO shall have a written agreement with each Member, or such Member's agent, that authorizes the Premier GPO to act as a purchasing agent to negotiate contracts with Participating Vendors to furnish goods or services to such Member and informs such Member that the Premier GPO will receive Administrative Fees from Participating Vendors with respect to purchases made by or on behalf of such Member.

### 9.b. Disclosure of Administrative Fees
Each Premier GPO shall report, or cause to be reported, at least annually to each Member that is a healthcare provider of service (as defined under federal law), or such Member's agent, the amount of all Administrative Fees received by such Premier GPO with respect to purchases made by or on behalf of the Member.

### 9.d. Annual Financial Reporting
Premier, Inc.'s consolidated financial statements are available via public filings.

### 9.e. Disclosure of Vendor Contracts to Members
Detailed data on existing Vendor Contracts and on current contracting processes shall be readily available to Members, including Administrative Fees payable under such Vendor Contracts.

### 9.f. Disclosure of Vendor Contracts to the Public
General data on existing Vendor Contracts, specifying Participating Vendors and product categories, will be made readily available to the public.

# 10. SAFETY, COST-REDUCTION AND CLINICAL COMPARABILITY

The Premier Entities shall support programs and processes that provide for clinical comparability and improve and promote patient safety and supply chain cost reductions. Such programs include but are not limited to outcome data, evidence-based assessments and the Premier Safety Institute.

# 11. DIVERSITY

Each Premier GPO will offer a Diversity Program. Elements of the Diversity Program shall include: (i) development of a more robust Vendor diversity ecosystem for the growth of healthcare industry, (ii) opportunities to continue to develop subcontracting business relationships with Participating Vendors that are certified minority, women or other diverse business enterprises ("Certified Diverse Vendors"), (iii) encouragement of Participating Vendors to have a shared commitment with Members, to support and do business with Certified Diverse Vendors in their respective supply chains, (iv) utilization of national contracting and innovative program strategies to provide Certified Diverse Vendors with access and support to contract opportunities and (v) expanded opportunities for Certified Diverse Vendors to scale their market share with Members.





Premier, Inc. (NASDAQ: PINC) is a leading healthcare improvement company, uniting an alliance of more than 4,100 U.S. hospitals and health systems and approximately 200,000 other providers and organizations to transform healthcare. With integrated data and analytics, collaboratives, supply chain solutions, and consulting and other services, Premier enables better care and outcomes at a lower cost. Premier plays a critical role in the rapidly evolving healthcare industry, collaborating with members to co-develop long-term innovations that reinvent and improve the way care is delivered to patients nationwide. Headquartered in Charlotte, N.C., Premier is passionate about transforming American healthcare.

Effective: November 2002; Last Revised: April 23, 2021