

# THE VALUE OF INTEGRITY
## Code of Conduct

*Setting the Standards of Business Conduct at Premier*

# ANTI-FRAUD

You must never compromise your honesty and integrity by intentionally concealing, altering, falsifying or omitting information for our own benefit, or the benefit of others. Examples of fraud include misrepresenting sales or donations of products to obtain unauthorized pricing for a member, presenting false medical information to obtain disability benefits, falsely reporting time worked, or misstating financial information in our books and records. Misrepresentations or omissions for these or other purposes are never justified.

## Q&A

**We have just signed a new account. May I delay reporting the new account until the next sales period as I've already met my target for the current period?**

No. You need to follow our policies concerning the booking of accounts and revenue. Holding over sales could be viewed as manipulating our financial position and is not acceptable. If you have further questions, contact your manager, Premier's Chief Ethics & Compliance Officer or the Finance department.

# FAIR COMPETITION

At Premier, we believe everyone, including our members and the public, profit from fair and open markets. We compete on the value of our services and products and never make agreements with our competitors to restrict or restrain competition. A few of our principles of fair competition include:

- We do not share or exchange pricing, bid, contract or other sensitive information with competitors.
- We do not make illegal or inappropriate agreements with competitors concerning members, market segments, territories, products or services, or otherwise seeking to limit competition. Instead, our policy is to fully compete in every market, segment and territory for members.
- We do not disparage or misrepresent the services and products of a competitor.
- We do not participate in group boycotts of suppliers.

In addition to our Company policies on fair competition, there are laws with which we must comply. If you have further questions, contact the Legal department immediately.





Premier, Inc. (NASDAQ: PINC) is a leading healthcare improvement company, uniting an alliance of more than 4,350 U.S. hospitals and health systems and approximately 300,000 other providers to transform healthcare. With integrated data and analytics, collaboratives, supply chain solutions, consulting and other services, Premier enables better care and outcomes at a lower cost. Premier plays a critical role in the rapidly evolving healthcare industry, collaborating with members to co-develop long-term innovations that reinvent and improve the way care is delivered to patients nationwide. Headquartered in Charlotte, N.C., Premier is passionate about transforming American healthcare.

Effective: December 20, 2013; Last Revised April 24, 2020; rev2024