**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:25-CV-00006-CHB**

**ALLIANT PURCHASING, LLC**                                                                          **PLAINTIFF**

**VS.**

**OMNIA PARTNERS, LLC, et al.**                                                                    **DEFENDANTS**

**<u>ORDER</u>**

In a Joint Status Report filed on May 23, 2025, Defendants Omnia Partners, LLC and Premier, Inc. reported that they have agreed to withdraw their pending motions to seal and motion to file ex parte and will instead file substituted exhibits with limited redactions. (DN 48). The Parties further report that one issue remains – whether Defendants should produce a complete and unredacted copy of the Channel Partnership Agreement and exhibits thereto to Plaintiff. Because of this remaining dispute, Plaintiff has requested an additional conference with the Court. Based on these representations,

**IT IS THEREFORE ORDERED** as follows:

(1) Defendants Omnia Partners, LLC and Premier, Inc. shall formally withdraw their motions to seal and motion to file ex parte (DN 17; DN 23; DN 26; DN 33) and file versions of the substituted exhibits with limited redactions by **June 6, 2025.**

(2) A telephonic conference is scheduled for **June 10, 2025, at 10:00 AM** to discuss the Parties' dispute as to the Channel Partnership Agreement and Exhibits. The Parties shall participate using the following dial-in information: 1-650-479-3207, Access Code 2316 055 1079.

Copies:        Counsel of Record