**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| ALLIANT PURCHASING, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:25-cv-6-CHB |
| | ) | |
| OMNIA PARTNERS, LLC and | ) | |
| PREMIER, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT PREMIER, INC.'S NOTICE OF FILING**

Pursuant to the Court's Order of May 28, 2025 [Doc. No. 49], defendant Premier, Inc., hereby files the attached Exhibits 1, 2, and 3 to its motion to dismiss [Doc. No. 22].

Respectfully submitted,

*/s/ Kent Wicker*
Kent Wicker
Wicker / Brammell PLLC
323 West Main Street, 11th Floor
Louisville, KY 40202
502-780-6185
Email: kent@wickerbrammell.com


Harrison S. Carpenter
Ryan D. Konstanzer
McDermott Will & Emery LLP
The Brandywine Building, 1000 N. West Street, Suite 1400
Wilmington, DE 19801
302-485-3909
Email: hcarpenter@mwe.com

<u>Certificate of Service</u>

I hereby certify that the foregoing document has been filed on the Court's electronic filing system this 6th day of June, 2025, which will provide service to all parties.

*/s/ Kent Wicker*
Kent Wicker