## AMENDED AND RESTATED B&I CHANNEL PARTNERSHIP AGREEMENT

THIS AMENDED AND RESTATED B&I CHANNEL PARTNERSHIP AGREEMENT (the "Agreement") is entered into as of July 25, 2023 ("Effective Date") is by and between PREMIER HEALTHCARE ALLIANCE, L.P. ("Premier"), INNOVATIX, LLC ("Innovatix") and NON-HEALTHCARE HOLDINGS LLC ("OMNIA B&I"). Omnia Partners, LLC is added as an additional signatory to this Agreement solely with respect to Section 4.4. Each party to this Agreement is sometimes referred to individually as a "Party" and collectively as the "Parties".

## RECITALS

WHEREAS, Premier operates a national group purchasing program that, for the benefit of Premier Members (as defined below), negotiates agreements with Suppliers;

WHEREAS, prior to the date hereof, Premier and its affiliates completed an internal reorganization (the "Assignment") pursuant to which, among other things, they contributed their contracts with the members, channel partners and sponsors of their national group purchasing organization that serves non-Healthcare Accounts, including all accounts and agreements with OMNIA B&I Members to OMNIA B&I (collectively, the "Assigned Members") and the Parties entered into that certain B&I Channel Partnership Agreement, dated as of June 10, 2023, pursuant to which the OMNIA B&I Members continued to have access to the Program (the "Prior Channel Partnership Agreement");

WHEREAS, prior to the date hereof, OMNIA Partners, LLC, OMNIA B&I, Premier, Premier Supply Chain Improvement, Inc., Acurity, LLC, Innovatix, Essensa Ventures, LLC, Premier Healthcare Solutions, Inc., Premier Inc. and certain other parties made and entered in to an Equity Purchase Agreement, dated as of June 14, 2023 (the "Purchase Agreement"), whereby Omnia Partners, LLC acquired all of the issued and outstanding limited liability company interests of OMNIA B&I (the "Transaction");

WHEREAS, Premier, Innovatix and OMNIA B&I desire to enter into this Agreement to amend and restate the Prior Channel Partnership Agreement to continue to provide the Assigned Members and new Rostered Participants access to the Program and to supersede and replace the Prior Channel Partnership Agreement as of the date hereof.

NOW, THEREFORE, in consideration of the mutual promises and agreements of the parties hereto, and of other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereby agree as follows:

## ARTICLE I

## DEFINITIONS

For purposes of this Agreement the following terms will have the meanings set forth below:

1.1     Additional Excluded Contracts.  The agreements listed on Exhibit G hereto.

1.2     <u>Administrative Fees</u>. For any applicable time period, fees paid by Suppliers (as defined below) to Premier or its affiliates as a result of purchases (x) by Rostered Participants from Suppliers by virtue of their participation in the Program pursuant to each of this Agreement and the U.S. Communities Agreement and (y) by the Retained Accounts (as defined in Section 2.4 of this Agreement) that are B&I Accounts by virtue of their participation in the Program pursuant to this Agreement and the Additional Excluded Contracts, but excluding, (i) with respect to any Mixed Channel Partnership Agreement, the fees paid by Suppliers to the extent attributable to the organizations thereunder that are Healthcare Accounts and/or federal Governmental Authorities and (ii) with respect to any Permitted Supplier-Member, the fees paid by Suppliers to the extent attributable to purchases by such Permitted Supplier-Member directly through a Premier Party and not this Agreement.

1.3     <u>B&I Account</u>.  Any Rostered Participant or potential participant in the Program that is not (a) a Healthcare Account or a Healthcare GPO Member (other than Healthcare Accounts rostered by U.S. Communities or any Healthcare Account who as of the Effective Date is a direct member of the group purchasing organization of OMNIA Partners, LLC or an affiliate thereof or a participant in the cooperative purchasing programs of OMNIA Partners, LLC or an affiliate thereof), (b) located outside the United States of America, (c) a federal Government Authority or (d) the non-Healthcare Accounts set forth on <u>Exhibit F</u>.  For purposes hereof, "B&I Account" includes (a) any non-Healthcare Account subaccount affiliated businesses of a Healthcare GPO Member or the Retained Accounts, (b) organizations that become members of the Program by virtue of a channel partner or sponsor relationship with OMNIA B&I, (c) Healthcare Accounts rostered by U.S. Communities, (d) any non-Healthcare Account subaccount affiliated businesses of a channel partner or sponsor of Premier's retained Healthcare GPO, (e) the Assigned Members and (f) any Healthcare Account who is a direct member of the group purchasing organization of OMNIA Partners, LLC or an affiliate thereof or a participant in the cooperative purchasing programs of OMNIA Partners, LLC or an affiliate thereof.

1.4     <u>Baseline TTM Period</u>.  Means the trailing twelve-month period ending as of the end of the day immediately prior to the first day of the month in which the Effective Date occurs.  Notwithstanding the foregoing, if the Effective Date occurs on the last day of a month, then the Baseline TTM Period will be the trailing twelve-month period ending as of the Effective Date.

1.5     <u>Earned Basis</u>.  Means the applicable period during which a Rostered Participant actually bought goods or services from a Supplier which will ultimately result in the payment of an Administrative Fee.

1.6     <u>Existing Commitments</u>.  Contractual commitments and requirements pursuant to the terms of any agreement to which OMNIA B&I or any its affiliates is a party as of the date of the Purchase Agreement (an "<u>Existing Agreement</u>").

2

1.7     Fee Share Expense.   For any applicable time period, the portion of the Administrative Fees paid to OMNIA B&I Members (or a Lead Public Agency pursuant to the U.S. Communities Agreement) during such applicable period with respect to the Administrative Fees actually collected and allocated by Premier in its contract management system based upon purchases made by Rostered Participants, calculated on an Earned or Processed Basis as the case may be.

1.8     Food Service Program. The portfolio of national group purchasing contracts for food products and services with Suppliers provided by Premier and its affiliates for the benefit of Premier Members and Rostered Participants.

1.9     Governmental Authority.  Any domestic or foreign federal, state, provincial, local or municipal court, legislature, executive, administrative or regulatory authority, agency or commission, department or other governmental entity, authority or instrumentality.

1.10    Gross Revenue. For any applicable time period, means all Administrative Fees paid by Suppliers to Premier or its affiliates as a result of purchases by Rostered Participants on an Earned or Processed Basis as the case may be, or on such other basis as may be expressly indicated herein.

1.11    Healthcare Account. (i) A "Health Care Provider," as that term is defined at 45 CFR 160.103; (ii) an "Academic Medical Center" as that term is defined at 42 CFR 411.355(e); (iii) a faculty practice plan or other formal or informal alliance of health care professionals that provides health care services to patients referred to an Academic Medical Center; (iv) an organization whose primary services are the provision of clinical healthcare services to humans, (v) acute care hospitals, non-acute care facilities, senior care service facilities, surgery centers, physician offices and practices, provider-sponsored organizations and ambulatory surgery centers, as well as standalone laboratories, clinics and veterinary clinics (clause (v), "Health Centers") and (vi) any contract management company providing sourcing and/or procurement services for food, supplies, pharmaceuticals or local purchased services to any of the foregoing. For the avoidance of doubt, (A) an entity that is otherwise a "Health Care Provider" under subsection (i) above shall not be considered a Healthcare Account hereunder if it is also a Public Agency or Government Agency (each as defined in U.S. Communities Agreement) and if the furnishing of health care services is not in furtherance of a primary purpose of such entity and (B) in no event shall any state or state agency, city or city agency, county or county agency or other municipal entity, any educational entity, including any medical school, or any correctional facility, including any medical clinic residing therein, any laboratory residing within such an entity, or any other Public Agency or Government Agency a primary purpose of which is not the delivery of health care services to or for the benefit of patients, be deemed a Healthcare Account, unless such entity owns and operates a Health Center, in which case such Health Center shall be considered a Healthcare Account (the "Public Agency Exception").

3

1.12 <u>Healthcare GPO</u>. The group purchasing organization business or cooperating purchasing programs that Premier and its affiliates operate that serves Healthcare Accounts within or without the United States of America.

1.13 <u>Healthcare GPO Member</u>. Any Healthcare Account located within or without the United States of America who is a member of the Healthcare GPO pursuant to a contract with a Premier Party or its affiliates whereby such Healthcare Account becomes a member of the Healthcare GPO and is allowed to purchase services, goods and products from Suppliers pursuant to and/or in accordance with Supplier Agreements. For purposes hereof, "Healthcare GPO Member" includes any Healthcare Account subaccount affiliated businesses of OMNIA B&I Member, but not any non-Healthcare Account subaccount affiliated businesses of a Healthcare GPO Member. For illustrative purposes, a Healthcare GPO Member shall include a sponsor of Healthcare Accounts, a regional healthcare alliance or a specialty healthcare group purchasing organization, in each case, to the extent the subaccounts are Healthcare Accounts. For the avoidance of doubt, "Healthcare GPO Member" does not include any B&I Account. To the extent that there is a reasonable disagreement between OMNIA B&I and the Premier Parties regarding whether an entity is a Healthcare GPO Member or not for purposes of this Agreement, OMNIA B&I and Premier will promptly discuss and negotiate in good faith to determine whether such Person is a Healthcare GPO Member or not for purposes of this Agreement.

1.14 <u>Membership Application</u>. The membership application for B&I Accounts to participate in the Program through this Agreement that is jointly developed by the Parties from time to time, the current form of which is attached hereto as <u>Exhibit A</u>, which shall be adjusted in accordance with Section 2.2.

1.15 <u>Mixed Channel Partnership Agreements</u>. The agreements listed on <u>Exhibit E</u> hereto.

1.16 <u>Monthly Gross Revenue Hurdle</u>. Means, with respect to each calendar month during the Term, the applicable portion of the TTM Gross Revenue Hurdle allocable to such calendar month during the Baseline TTM Period, calculated on an Earned Basis consistent with the illustrative example calculation attached hereto as Exhibit C.

1.17 <u>Monthly Excess Net Amount</u>. Means, with respect to each calendar month during the Term, the Monthly Excess Gross Revenue (as defined in Section 5.2(a)) for that calendar month less the allocable portion of the Fee Share Expense for the Monthly Excess Gross Revenue for that calendar month.

1.18 Net Revenue. ███████████████████████████████████

DM_US 197320650-4.024197.0335

1.19    OMNIA B&I Member.  Any B&I Account that has contracted with OMNIA B&I, including the Assigned Members by virtue of the Assignment, for OMNIA B&I's group purchasing and other services.  For the avoidance of doubt an OMNIA B&I Member can include channel partners (including but not limited to U.S. Communities, other specialty GPOs, regional GPOs), sponsors of affiliates, and B&I Accounts that contract with channel partners and sponsors of affiliates that have contracted with OMNIA B&I for OMNIA B&I's group purchasing and other services.

1.20    OMNIA B&I Personnel. Any person employed by, or otherwise providing services on a contract basis to, OMNIA B&I or its affiliates (other than Premier and its affiliates).

1.21    Permitted Supplier-Members.  Suppliers but only for so long as such Suppliers remain Suppliers under the Program.

1.22    Premier Members. Premier Members are all organizations and entities that participate in the Program.  For the avoidance of doubt, Rostered Participants are Premier Members.

1.23    Premier Program Policies.  The policies and procedures applicable to the Program (including specialty programs such as the Food Service Program) as modified as appropriate for B&I Accounts and to implement this Agreement, as jointly developed by the Parties from time to time and provided by Premier to Members from time to time (including through Premier's website).  A copy of the Premier Program Policies as currently in effect is attached hereto as Exhibit B, which shall be adjusted in accordance with Section 2.2.  Notwithstanding anything to the contrary in the Premier Program Policies, except as specifically set forth herein, the Premier Program Policies shall not impose any exclusivity obligations on OMNIA B&I or Rostered Participants and in the event of a conflict between the terms of this Agreement and a Premier Program Policy this Agreement shall control.

1.24    Program. The portfolio of national group purchasing contracts for products and services with Suppliers negotiated by Premier or Innovatix or their affiliates for the benefit of Premier Members and Rostered Participants, including, without limitation, any modifications of such national group purchasing contracts negotiated by Premier or its affiliates for the benefit of one or more Rostered Participants that enhances the terms and conditions available under such national group purchasing contracts.  For the avoidance of doubt, the Program includes distinct specialty programs, such as the Food Service Program, with participation and compliance requirements that are required for participation in such programs.

1.25    Processed Basis.  Means the applicable period during which the Administrative Fees have been actually collected and allocated by Premier or its affiliates.

1.26    Rostered Participant. An OMNIA B&I Member that (a) on the Membership Application designates OMNIA B&I (or another group purchasing organization,

5

sponsor of affiliates or other channel partner that has contracted with OMNIA B&I for OMNIA B&I's group purchasing and other services) as the entity sponsoring its participation in the Program, (b) unless waived by Premier, has executed and is in material compliance with the Membership Application, (c) has been approved for participation in the Program in accordance with the Premier Program Policies then in effect (such approval not to be unreasonably withheld) and (d) has been approved for participation in the Program in accordance with OMNIA B&I's policies then in effect. The term "Rostered Participant" shall not include: (a) an OMNIA B&I Member that chooses not to participate in the Program; (b) an OMNIA B&I Member that wishes to participate in the Program, but fails to execute the Membership Application; (c) an OMNIA B&I Member that currently participates in the Program, but is reasonably determined by Premier to be materially noncompliant with the terms and conditions of the Membership Application, (d) an OMNIA B&I Member that is a Healthcare Account (except pursuant to the U.S. Communities Agreement as of the date of the Purchase Agreement or any Healthcare GPO Member who as of the Effective Date is a direct member of the group purchasing organization of OMNIA Partners, LLC or an affiliate thereof or a participant in the cooperative purchasing programs of OMNIA Partners, LLC or an affiliate thereof) and/or (e) an OMNIA B&I Member which is denied participation in the Program in accordance with the Premier Program Policies then in effect (such approval not to be unreasonably withheld). Notwithstanding the foregoing, the Assigned Members shall be considered Rostered Participants will not be required to execute a new Membership Application and will be entitled to participate in the Program so long as otherwise in material compliance with the above requirements of a Rostered Participant.

1.27    Supplier. Manufacturers, suppliers, vendors and distributors that have written contracts with Premier, Innovatix or an affiliate thereof to provide products and services to organizations participating in the Program.

1.28    Supplier Agreements. The written contracts Premier or Innovatix or an affiliate thereof have entered into with Suppliers to provide products and services to organizations participating in the Program.

1.29    TTM Gross Revenue. ██████████████████████████████████████████████████████████

1.30    TTM Gross Revenue Hurdle. ████████████████████████████████████████████████████████████

1.31    U.S. Communities Agreement. The Amended and Restated Facilitation Agreement, dated as of the date hereof, between Premier, OMNIA B&I and Communities Program Management, LLC ("U.S. Communities").

6

**ARTICLE II**

**GENERAL TERMS AND CONDITIONS**

2.1     With respect to any purchases made by any Rostered Participant under a Supplier Agreement or pursuant to the Program, OMNIA B&I (a) shall not be construed as a dealer, re-marketer, representative, partner, or agent of any type of Premier or such OMNIA B&I Member, (b) shall not be obligated, liable or responsible (i) for any orders made by any Rostered Participant or any employee of a Rostered Participant under the applicable Supplier Agreement or Program, or (ii) for any payments required to be made to a Supplier with respect to such order, and (c) shall not be obligated, liable or responsible for any failure by a Rostered Participant to (i) comply with procedures or requirements of applicable law, or (ii) obtain the due authorization and approval necessary to purchase under the applicable Supplier Agreement. OMNIA B&I, on behalf of itself, makes no representations or guaranties with respect to any minimum purchases required to be made by any Rostered Participant, or any employee of a Rostered Participant under this Agreement or the Program; provided, however, OMNIA B&I acknowledges and agrees that Suppliers in the Food Service Program may require a Rostered Participant that participates in such program to comply a minimum purchase commitment. The parties agree that in the event a Rostered Participant is in material violation of any such minimum purchase commitment requirement, OMNIA B&I shall control any correspondence with such Rostered Participant in respect thereof and collaborate with such Rostered Participant, Premier and the applicable Supplier to cure such violation.

2.2     The Parties will cooperate in all reasonable respects in the operation of this Agreement and its implementation and interaction with the Membership Application and the U.S. Communities Agreement. If a B&I Account desires to become a Rostered Participant under this Agreement, OMNIA B&I shall notify Premier, which may be electronic. OMNIA B&I and Premier shall use commercially reasonable efforts to enroll such B&I Account as a Rostered Participant as follows: (a) OMNIA B&I shall provide assistance with such B&I Account's registration with OMNIA B&I as an OMNIA B&I Member, (b) OMNIA B&I shall assist the prospective Rostered Participants in completing all documentation and other information requested by Premier in order to participate in the Program, (c) OMNIA B&I shall coordinate such B&I Account's execution of the Membership Application designating OMNIA B&I as the entity sponsoring its participation in the Program, (d) OMNIA B&I shall provide the foregoing documentation to Premier for approval and acceptance and (e) Premier shall timely review such documentation and approve such B&I Account's participation in the Program in accordance with Premier Program Policies then in effect (such approval not to be unreasonably withheld), and at such time that such approval is provided by Premier, such B&I Account shall be considered a Rostered Participant. Premier shall use commercially reasonable efforts to obtain Suppliers' approvals if necessary to permit Rostered Participants to participate in the Food Service

7

Program, including in the event of any changes to its included Suppliers or Supplier Agreements. For the avoidance of doubt, the Assigned Members will not have to be reenrolled, so long as otherwise in compliance with the requirements of being deemed a Rostered Participant as defined. As soon as reasonably practicable after the Effective Date and thereafter from time to time during the Term, the Parties will work together in good faith to adjust the terms of the Membership Application and to revise the Premier Program Policies to implement the terms and intent of this Agreement and the Parties' respective relationships with Rostered Participants as well as to reflect the Parties' business requirements, that the Rostered Participants are not Healthcare Accounts, that Rostered Participants' access to the Program is through this Agreement, that Rostered Participants, except as specifically set forth herein, are not subject to exclusivity obligations and then current market conditions. The parties shall cooperate with respect to any proposed changes to the form Membership Application and the Premier Program Policies.

2.3     The Parties acknowledge and agree that Premier and its affiliates retained the membership applications with organizations rostered under a Mixed Channel Partnership Agreement that are Healthcare Accounts and/or federal Governmental Authorities (and such organizations are therefore not OMNIA B&I Members or Rostered Participants) but that such organizations shall continue to have access to, and be permitted to participate in, the Program pursuant to the Mixed Channel Partnership Agreement and this Agreement in accordance with the terms thereof and hereof, respectively. Premier and its affiliates shall be solely responsible for compliance with the terms of such retained membership applications and the Mixed Channel Partnership Agreement to the extent related to such retained accounts. Fees paid by Suppliers to Premier or its affiliates as a result of purchases by such retained accounts from Suppliers by virtue of their participation in the Program pursuant to this Agreement and the Mixed Channel Partnership Agreement shall not be deemed Administrative Fees required to be remitted to OMNIA B&I pursuant to Article V of this Agreement, nor shall an Access Fee be due with respect thereto. Premier and its affiliates shall be responsible for calculation of any fee share expense due to any retained account or the counterparty to such Mixed Channel Partnership Agreement on account of purchases by such retained accounts from Suppliers by virtue of their participation in the Program pursuant to this Agreement and the Mixed Channel Partnership Agreement. Any such fee share expense shall be paid by Premier to OMNIA B&I as promptly as reasonably practicable and with supporting detail so as to enable OMNIA B&I to remit such amounts to the applicable party in compliance with the terms of the Mixed Channel Partnership Agreement. In the event an organization rostered under a Mixed Channel Partnership Agreement that is a Healthcare Account and/or federal Governmental Authorities requests evidence of its ability to have access to and participate in the Program, the Parties shall cooperate in good faith to provide evidence thereof in accordance with this Section. The Parties will cooperate in all reasonable respects in the operation of this Agreement and its implementation and interaction with the Mixed Channel Partnership Agreements.

8

2.4     The Parties acknowledge and agree that Premier and its affiliates retained the Additional Excluded Contracts, including the membership applications with organizations (the "Retained Accounts") rostered under an Additional Excluded Contract.  The Retained Accounts that are B&I Accounts shall be deemed Rostered Participants for purposes of this Agreement and the fees paid by Suppliers to Premier or its affiliates as a result of purchases by the Retained Accounts that are B&I Accounts from Suppliers by virtue of their participation in the Program pursuant to this Agreement and the Additional Excluded Contracts shall be deemed Administrative Fees required to be remitted to OMNIA B&I pursuant to Article V of this Agreement.  Premier will calculate and promptly notify OMNIA B&I of any Fee Share Expense due to any Retained Account (with supporting details) that is a B&I Account pursuant to the Additional Excluded Contracts and that Fee Share Expense shall be paid by OMNIA B&I to Premier as promptly as reasonably practicable following receipt of associated Administrative Fees so as to enable Premier to remit such amounts to the applicable party in compliance with the terms of the Additional Excluded Contracts.  The Parties will cooperate in all reasonable respects in the operation of this Agreement and its implementation and interaction with the Additional Excluded Contracts.

2.5     It is the intent of the parties that Premier and OMNIA B&I participate in quarterly business line review meetings to review the performance of this Agreement.

## ARTICLE III

## PREMIER RESPONSIBILITIES

3.1     Right to Participate. Subject to the terms of this Agreement and Premier Program Policies, Premier and its affiliates will permit each Rostered Participant that meets the criteria identified in Section 1.26 to participate in the Program; provided, however a Rostered Participant shall not be required to designate Premier as its primary group purchasing organization with respect to the Food Service Program unless, as applicable, such designation is a requirement of the Food Service Program in which a Rostered Participant elects to participate. Premier shall use commercially reasonable efforts to enable Rostered Participants to participate in the Program and have full access thereto.  The Parties hereby agree that Assigned Members meet the criteria specified in Section 1.26 (including that such Assigned Members are not Healthcare Accounts) and are considered Rostered Participants. The Parties expressly agree that no Healthcare Account is eligible to become a Rostered Participant under this Agreement, except for any Healthcare Account under the U.S. Communities Agreement as of the date of the Purchase Agreement and any Healthcare Account who as of the Effective Date is a direct member of the group purchasing organization of OMNIA Partners, LLC or an affiliate thereof or a participant in the cooperative purchasing programs of OMNIA Partners, LLC or an affiliate thereof ("Permitted Healthcare Accounts," and any Healthcare Account that is not a Permitted Healthcare Account, a "Restricted Healthcare Account"), and OMNIA B&I shall not permit any Restricted Healthcare Account to purchase any products or services through the Program, other than with respect to Mixed

9

Channel Partnership Agreements. Neither OMNIA B&I nor any Rostered Participant will be required to pay to Premier or OMNIA B&I a participation fee to participate in the Program, except as contemplated by Article V of this Agreement. Premier shall maintain policies and procedures, including the Premier Program Policies, that do not unreasonably limit or restrict B&I Accounts' participation in the Program. Other than with respect to the minimum purchase obligation and the obligation to participate in a prime vendor relationship with the food service distributor in connection with the Food Service Program, the Premier Program Policies shall not restrict the ability of Rostered Participants or OMNIA B&I to participate in other group purchasing or procurement programs. Premier shall reasonably collaborate with OMNIA B&I in establishing and/or modifying any such policies and procedures to the extent applicable to B&I Accounts and shall consider in good faith any recommendation with respect thereto by OMNIA B&I. If a Rostered Participant commits a material breach of any Premier Program Policy or the Membership Application, Premier shall, following consultation with OMNIA B&I, notify the Rostered Participant and OMNIA B&I thereof in writing. OMNIA B&I and Premier shall reasonably collaborate in good faith to assist such Rostered Participant in curing such violation. If, following such notification such material breach remains uncured thirty (30) days after such written notice, following consultation with OMNIA B&I, Premier may terminate such Rostered Participant's participation in the Program and such other Premier programs in accordance with the Membership Application, terms of the Premier Program Policies or other policies or procedures applicable to such programs.

3.2     Premier's Representations and Covenants. Premier and Innovatix (as applicable) agree to each of the commitments set forth in this Section:

(1)     **Corporate**

(a)     Premier shall ensure that this Agreement and each Rostered Participant's participation in the Program are supported by Premier's management team. Premier shall comply with the obligations that can only or would more appropriately be performed by Premier in each Membership Agreement entered into with a Rostered Participant and each Party shall reasonably assist the other Party in connection with the performance of the other Party's obligations to Rostered Participants.

(b)     This Agreement shall be Premier's and its affiliates' exclusive offering to B&I Accounts to participate in the Program, other than with respect to Permitted Supplier-Members; provided, that Premier shall use its commercially reasonable efforts to ensure that each Rostered Participant is able to obtain the same pricing, terms and conditions under the Supplier Agreements, including discounts, rebates or any other pricing terms, as any other Premier Member in the same class of trade and that has comparable volume and commitment levels as the Rostered Participant, and if Premier is

10

unable to obtain such terms, it shall so advise OMNIA B&I. Notwithstanding the above, if following Premier's commercially reasonable efforts to the contrary any Supplier does not agree to extend such pricing, terms and conditions to Rostered Participants, Premier will have no obligation to extend such terms to Rostered Participants.

(c)     Premier shall designate a national/senior management account representative with the authority and responsibility to support this Agreement. Premier shall, or with respect to the Food Service Program shall use commercially reasonable efforts to cause its exclusive distributor to, implement and support an internet web page dedicated to Premier's OMNIA B&I program and linked to OMNIA B&I's website.

(d)     Premier will inform its Suppliers of the availability and benefits of OMNIA B&I and facilitate the Supplier's participation in related education including, but not limited to, conference calls, webinars and other meetings with OMNIA B&I Personnel.

(e)     Premier will use commercially reasonable efforts to provide access for Rostered Participants to all agreements relevant for non-healthcare entities included in the Program. Notwithstanding the above, if any Supplier withholds permission for Premier to extend any existing Supplier Agreement to any Rostered Participant(s) following Premier's commercially reasonable efforts to the contrary, Premier will have no obligation to extend participation in such agreement to such Rostered Participant(s). In the event that a Supplier withholds such permission, Premier will, subject to its then existing obligations to applicable Suppliers and in accordance with the Premier Program Policies and Premier's sourcing requirements, use its commercially reasonable efforts to negotiate an agreement with another vendor to provide the same or similar products or services for use by the Rostered Participant(s).

(f)     Premier will provide contract information which shall include a summary of the pricing and other material terms of the Supplier Agreements available to the Rostered Participants.  To the extent Rostered Participants reasonably require additional contract information for a legitimate business purpose, Premier shall collaborate with such Rostered Participants in good faith to provide the requested information.  In addition, Premier shall provide all such contract information to the extent required by law.

(g)     To the extent required, Premier will provide regular contract updates electronically to the Rostered Participants consistent with past practice.

11

(h)     To the extent required, Premier will ensure that, upon request, all Rostered Participants are afforded the use of the electronic catalog system consistent with past practice. All computer installations will be coordinated with the assistance of OMNIA B&I. Each Rostered Participant is responsible for providing the hardware, communication equipment and all associated operational costs necessary to support these systems.

(i)     Premier agrees that it will work with OMNIA B&I on a communication and marketing plan that will illustrate the close working relationship between OMNIA B&I and Premier. This plan will be mutually agreed upon by the Parties. Neither Party may use the other Party's name in any manner in a public communication intended for commercial or any other purpose without such Party's approval of the nature and substance of such communication.

(j)     Premier represents, warrants, acknowledges, covenants and agrees to and with OMNIA B&I as follows:

   (i)     The contracts and agreements with Assigned Members that are assigned by Premier and its affiliates to OMNIA B&I in connection with the Assignment contemplate the OMNIA B&I Members' access to the Program on the terms and conditions set forth therein and prescribe certain obligations of Premier and its affiliates in connection therewith.

   (ii)    Since Premier and its affiliates retained the Supplier Agreements and will continue to operate the Program, only Premier and its affiliates are able to perform certain of the obligations set forth in the contracts and agreements assigned by Premier and its affiliates to OMNIA B&I, including Membership Applications, in connection with the Assignment (the "Assigned Contract Obligations").

   (iii)   It is the intent of the Parties, and Premier and Innovatix hereby agree, that notwithstanding the Assignment, Premier and its affiliates shall continue to perform the Assigned Contract Obligations, including providing the OMNIA B&I Members access to the Program pursuant to such contracts and agreements through this Agreement and the U.S. Communities Agreement. For the avoidance of doubt, the designation of Premier or any of its affiliates as the purchasing agent by the Assigned Members has not changed with respect to Premier and its affiliates as a result of the Assignment and such purchasing agent designation shall also apply to OMNIA B&I pursuant to the Assignment.

12

(2) **Pricing and Terms.** Premier reserves the exclusive right to negotiate and agree to the terms and conditions of its Supplier Agreements, including, but not limited to, terms and conditions regarding participation levels and other requirements for the Program that apply to Premier Members, including Rostered Participants. With respect to the Food Service Program, if OMNIA B&I desires to offer a B&I Account, solely with respect to a customer within the K-12 school market, pricing that is different than the pricing that is offered in certain Supplier Agreements (the "Differentiated Pricing"), OMNIA B&I may offer the Differentiated Pricing to the B&I Account following consultation with the applicable Supplier. Premier shall continue to follow the practices it used as of immediately prior to the Transaction to monitor Supplier compliance with competitive pricing clauses contained in the Supplier Agreements for the benefit of the Program. Premier's practice and policy is to negotiate agreements and pricing with Suppliers for the benefit of all Premier Members, with exceptions for issues such as volume of purchases, market share and class of trade. Premier will monitor that the terms and pricing included in Supplier Agreements that are offered to Premier Members who meet the class of trade, volume and other requirements of each Supplier Agreement. Premier represents that the access to the Program through this Agreement is its and its affiliates' exclusive offering to B&I Accounts and that this Agreement shall be the exclusive means by which Premier and its affiliates enable B&I Accounts to participate in its Programs, other than with respect to Permitted Supplier-Members. Premier shall not respond directly to a B&I Account request for proposal for group purchasing services (a "GPO RFP") without the prior written consent of OMNIA B&I. In the event OMNIA B&I consents to permit Premier to respond directly to a B&I Account GPO RFP, and Premier elects in its sole discretion to respond, Premier agrees to respond with the pricing, terms and conditions of the Supplier Agreements. If the B&I Account awards the contract to Premier, the B&I Account will not be considered a Rostered Participant for purposes of this Agreement, unless such B&I Account identifies OMNIA B&I as its sponsor on its Membership Application. In no event during the Term shall Premier be permitted to respond to any B&I Account GPO RFP except as provided in this subsection (2).

(3) **Sales.** Premier will provide reasonable assistance to OMNIA B&I Personnel implementing the Program for the benefit of Rostered Participants. This assistance will be provided to OMNIA B&I to establish overall Rostered Participant participation goals, report on results and implement this Agreement. Premier shall take reasonable steps so that its field force team is properly trained in order to identify potential new B&I Accounts as outlined in this Agreement to B&I Accounts to facilitate their becoming OMNIA B&I Members in accordance with the terms hereof.

(4) **Marketing**. Premier shall be responsible for complying with OMNIA B&I's branding and logo standards and guidelines. All marketing material

13

that references OMNIA B&I must be reviewed and approved by OMNIA B&I prior to publication; provided, however, that communications by Premier with Rostered Participants do not require prior approval.

(5) **Rostered Participant Access**. To the extent required and consistent with past practice, with respect to the Food Service Program, Premier will use commercially reasonable efforts to cause its primary food distributor to, establish the following communication links to facilitate Rostered Participant access and communication:

    (a)    A dedicated OMNIA B&I internet web-based homepage containing: OMNIA B&I's standard logo; copy of original request for proposal or invitation to bid; copy of Supplier Agreements including any amendments; summary of products; electronic link to OMNIA B&I's online registration page; and other promotional material as requested by OMNIA B&I.

    (b)    A toll-free national hotline for inquiries regarding Premier and that can respond to requests for information about the arrangement between Premier and OMNIA B&I.

(6) A dedicated email address for general inquiries in the following format: omniaB&I@premierinc.com.

## ARTICLE IV

## OMNIA B&I'S RESPONSIBILITIES

4.1 <u>Participation</u>. OMNIA B&I acknowledges and agrees that only Rostered Participants are entitled to the benefits offered by Premier and its affiliates through the Program pursuant to the terms hereof. OMNIA B&I acknowledges and agrees that no Restricted Healthcare Accounts are entitled to the benefits offered by Premier and its affiliates through the Program pursuant to the terms hereof. OMNIA B&I also acknowledges and agrees that, following consultation with OMNIA B&I, Premier may, in accordance with the terms herein, exclude from participation in the Program any Rostered Participant that is in material breach of this Agreement, the Membership Application, Premier Program Policies or that, based on such Rostered Participant's past conduct or identity, Premier reasonably determines such Rostered Participant's participation in the Program would reasonably be likely to materially harm the reputation of Premier.

4.2 <u>OMNIA B&I Services</u>. OMNIA B&I agrees to provide the following services:

(1) OMNIA B&I shall proactively market the Program as available to B&I Accounts. In addition, the OMNIA B&I Personnel shall support Premier's marketing efforts through meetings with B&I Accounts, participation in key

14

events and tradeshows and by providing online tools to Premier's Suppliers' sales force.

(2) OMNIA B&I Personnel will provide Program and Supplier Agreement information to OMNIA B&I Members who express interest in participating in the Program. OMNIA B&I will encourage OMNIA B&I Members to apply for participation in the Program and will encourage Rostered Participants to continue their participation in the Program.

(3) OMNIA B&I will work with Premier to implement the Program for the benefit of Rostered Participants. OMNIA B&I's obligations in this regard will include, without limitation, using its commercially reasonable efforts to assist Rostered Participants to maximize purchasing through the Program by, among other things: (i) explaining the Program and Membership Application to Rostered Participants; (ii) providing general explanations of contract and pricing terms under the Program, including savings available through the Program; and (iii) working with Rostered Participants to identify, and to communicate with Premier about, additional service needs. OMNIA B&I's obligations will also include providing Premier with input and market intelligence (e.g., why winning new accounts, why not winning accounts, opportunities to enhance the Program, etc.) regarding Premier and other elements in the Program and providing Premier with input regarding the maximization of the Rostered Participants' utilization of the Program.

(4) OMNIA B&I shall be responsible for complying with Premier's branding and logo standards and guidelines. All marketing material that references Premier must be reviewed and approved by Premier prior to publication provided, however, that communications by OMNIA B&I with a Rostered Participant do not require prior approval.

(5) OMNIA B&I shall be responsible for regular, ongoing service and support of the OMNIA B&I Members, including providing timely communication back to Premier of questions and answers from OMNIA B&I Members and Rostered Participants.

4.3 <u>Recruitment and Transfer of Sponsorship</u>. During the Term, OMNIA B&I will comply with the provisions of Premier's then-current Premier Program Policies (attached hereto as Exhibit B) to participate in the Program and the transfer of sponsorship with respect to the Program; provided, that Premier will apply such policies to OMNIA B&I Members in a manner that is materially similar to the manner in which Premier applies such policies to other Premier Members.

4.4 Commencing on the Effective Date and continuing thereafter until the fifth anniversary of the Effective Date, subject to Existing Commitments, OMNIA Partners, LLC and its subsidiaries, including OMNIA B&I and Communities Program Management, LLC, shall not enter into agreements or contracts with manufacturers, suppliers, vendors, distributors or any other channel partner to

provide food products or services to OMNIA B&I Members in competition with the Food Service Program; provided that OMNIA Partners, LLC and its subsidiaries may use local and regional group purchasing organization contracts for those food products and services that are not covered by Supplier Agreements.

## ARTICLE V

## NET REVENUE

5.1   <u>Premier Administrative Fee Remittance</u>.  Premier shall use all commercially reasonable efforts to collect the Administrative Fees from Suppliers on purchases of products and services by Rostered Participants through the Program. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

███████ The Parties acknowledge that a portion of the Gross Revenue is being paid by Premier directly to U.S. Communities pursuant to the U.S. Communities Agreement and that a portion of the Gross Revenues earned and processed pursuant to the U.S. Communities Agreement shall be allocated as set forth herein, as more fully described in Section 5 of the U.S. Communities Agreement.

5.2   <u>Access Fee</u>. ████████████████████████████████████████████████████████████████████████

      (a)



16



(b)

(1)

(i)

(ii)

17

DM_US 197320650-4.024197.0335



(2)

(c)

(d)

18

(e)

(f)

5.3   Allocation Payments. To the extent permissible under then-applicable laws, Premier will make monthly payments of the Premier Administrative Fee Remittance to OMNIA B&I determined in accordance with the allocations set forth in Section 5.1 and 5.2 above. Except as provided in Section 5.5 below, all amounts will be payable in U.S. Dollars and shall be made by ACH Transfer to OMNIA B&I, or its designee or trustee as may be directed in writing by such Party. Premier's payments shall be due and payable within 15 days of Premier's receipt of the applicable Net Revenue Report.

5.4   Documentation of Gross Revenue/Sales Reports/Net Revenue. Premier will provide OMNIA B&I with written documentation, itemized by Supplier Agreement on a Rostered Participant basis, setting forth the amount of Gross Revenue for the relevant period on both an Earned and Processed Basis. As soon as commercially reasonable after the end of July 2023 and August 2023, and thereafter within 8 days of the end of each calendar month, Premier shall deliver to OMNIA B&I an electronic accounting report, in the format prescribed by Exhibit D-1, attached hereto, itemized by vendor contract on a Rostered Participant basis and

19

DM_US 197320650-4.024197.0335

summarizing all purchases made under the Supplier Agreements during such calendar quarter, as reported by Suppliers pursuant to the Supplier Agreements ("Sales Report"). All purchases indicated in the Sales Report shall be denominated in U.S. Dollars. OMNIA B&I reserves the right upon reasonable advance notice to Premier to reasonably change the prescribed report format. Within 7 days of OMNIA B&I's receipt of a Sales Report, OMNIA B&I will provide Premier an electronic accounting report, in the format prescribed by Exhibit D-2, attached hereto, itemized by vendor contract on a Rostered Participant basis and based on the Sales Report, calculating the Net Revenue for such calendar month based thereon ("Net Revenue Report"). The Parties agree to work in good faith to adjust the process outlined in this Section 5.4 as may be reasonably required to meet each Party's administrative processes.

5.5     Discrepancies. No more than once every 12-months, Premier agrees that OMNIA B&I will have a reasonable right to audit Premier's and its affiliates' books and records that directly relate to OMNIA B&I or Premier's obligations or OMNIA B&I's rights under this Agreement. In addition, OMNIA B&I or its designee may, at its sole discretion, compare Premier's Sales Reports with Rostered Participant records or other sales analysis performed by Rostered Participants, or OMNIA B&I Personnel. If there is a material discrepancy between the Sales Report and such records or sales analysis as determined by OMNIA B&I (the "Discrepancy"), OMNIA B&I shall notify Premier in writing and Premier will use commercially reasonable efforts to resolve the discrepancy with the Supplier. Premier may in its reasonable discretion exercise any applicable audit rights under its or its affiliates' agreements with its Suppliers in order to remedy such Discrepancy; provided that in the event such Discrepancy is in the amount of more than Fifty Thousand Dollars ($50,000), Premier shall be obligated to exercise its or its affiliates' audit rights with respect thereto and may do so with either internal or third party audit resources. Upon resolution of the Discrepancy and in the event there is an adjustment to Gross Revenue, Premier shall remit payment to OMNIA B&I as specified in Sections 5.1 and 5.2 with the next monthly payment due and owing to OMNIA B&I. Any questions regarding an exception report should be directed to OMNIA B&I in writing to reporting@omniapartners.com. Notwithstanding any provision of this Agreement to the contrary, in the event that, at any time after the fourth (4th) quarter following the expiration or termination of this Agreement, Premier or its affiliates receives Administrative Fees from any Supplier with respect to purchases made by Rostered Participants during the Term in an amount of Fifty Thousand Dollars ($50,000) or more as a result of a reconciliation of Administrative Fees owed by such Supplier or the final resolution (whether by judgment, arbitration award or settlement) of any lawsuit, arbitration or other proceeding between the Party and such Supplier or other vendor concerning Administrative Fees due with respect to purchases made during the Term, the Parties will allocate such Administrative Fees in accordance with Sections 5.1 and 5.2 as if such Administrative Fees had been received in the month (s) in which such purchases were made. The reporting obligations contained in Sections 5.3 and 5.4 will apply with respect to any such Administrative Fees allocated pursuant to this Section 5.5.

20

5.6    <u>Annual Disclosure of Administrative Fees</u>. Premier agrees to provide an annual report to OMNIA B&I identifying the Gross Revenue, if any, earned from each Supplier with respect to purchases made by each Rostered Participant under the Program (the "<u>Annual Disclosure Report</u>"). Premier will also provide the Annual Disclosure Report to each Rostered Participant as it relates to that Rostered Participant if (i) Premier is obligated pursuant to (42 C.F.R. § 1001.952(j)) to provide the annual report to that Rostered Participant or (ii) where Premier has a contractual obligation to provide, and that Rostered Participant requests that Premier provide, the Annual Disclosure Report. The Annual Disclosure Report will be sent to each such Rostered Participant with a cover letter, in a form reasonably agreed to by each of the Parties, that specifies the percentage of Gross Revenue that was allocated to Premier and OMNIA B&I, respectively, pursuant to this Agreement. The Parties will jointly develop and approve the format to be used for the Annual Disclosure Reports and the contents of such reports and of the related cover letters and will coordinate the delivery of such reports to Rostered Participants as applicable.

5.7    <u>Group Purchasing Safe Harbor and Code of Conduct</u>. Premier and OMNIA B&I each represent and warrant to the other that it is now and will continue throughout the Term to be in substantial compliance with all applicable state and federal laws, regulations, and rules related to the acceptance and receipt of the Administrative Fees described herein, including, without limitation, any federal statutory or regulatory requirement applicable to group purchasing organizations, including without limitation the applicable Medicare and Medicaid group purchasing safe harbor regulations found at 42 CFR §1001.952(j). Further, each of Omnia B&I and Premier represents and warrants to the other that such Party will substantially comply with Premier's Group Purchasing Code of Conduct, which is posted on the Premier website, throughout the Term.  Such Code of Conduct shall not restrict the ability of Rostered Participants or OMNIA B&I to participate in other group purchasing or procurement programs.

5.8    <u>Changes in Law</u>. Notwithstanding any other provision of this Agreement, in the event that any legislation or regulation is enacted or promulgated or any court of competent jurisdiction renders a decision that would prohibit this Agreement, or otherwise substantially impacts the financial terms of this Agreement, the parties will negotiate in good faith an amendment to this Agreement in a manner consistent with such change and the intent of the Parties.

## ARTICLE VI

## TERM AND TERMINATION

6.1    <u>Term</u>. The term of this Agreement will commence on the Effective Date and continue for a period of ▉▉▉▉▉▉▉▉ (the "Initial Term").  This Agreement will automatically renew for additional ▉▉▉▉▉▉▉▉, unless either Party provides the other Party with written notice of its desire to terminate the Agreement at least one (1) year prior to the end of the then current term (each a "Renewal Term" together

21

with the Initial Term, the "Term").  The obligation to pay all amounts owed by one Party to the other Party through the termination of this Agreement, all indemnifications afforded to each Party, and Articles VII, VIII and IX by the other Party shall survive the Term.

6.2     Notice and Cure. In the event of any material breach of any provision of this Agreement, the non-breaching Party will notify the breaching Party in writing of the specific nature of the breach and will request that it be cured. If the breaching Party does not cure the material breach within one hundred twenty (120) days of the date of such notice (the "Cure Period"), the non-breaching Party may immediately terminate this Agreement on written notice to the breaching Party within ninety (90) days after the failure of the breaching Party to cure such material breach during the Cure Period, and such termination will not preclude either Party from pursuing any and all remedies available to it at law or at equity.

## ARTICLE VII

## CONFIDENTIALITY

7.1     Confidential Information. Either Party may reveal to the other Party certain confidential proprietary and/or trade secret information, including, but not limited to, this Agreement, the Net Revenue provisions in Article V, Rostered Participant agreements, contract catalogs, vendor agreements and information concerning pricing and Program explanations ("Confidential Information").

7.2     Confidentiality Requirements. With respect to any Confidential Information disclosed by either Party pursuant to this Article VII, the Party receiving such Confidential Information agrees:

> (a)     not to disclose such Confidential Information to third parties except: (i) to those employees, attorneys, and accountants of such Party or its affiliates with a bona fide need to know; (ii) to actual or potential OMNIA B&I Members (other than Restricted Healthcare Accounts) (except if Premier reasonably informs OMNIA B&I in writing prior to or at the time of disclosure of such Confidential Information by Premier that OMNIA B&I cannot disclose such Confidential Information to OMNIA B&I Members without Premier's prior written consent); (iii) to those third parties for whom the Party disclosing such Confidential Information has secured the prior written approval of the Party with title to the Confidential Information; and/or (iv) as required by law or by any court or governmental body, agency or department of competent jurisdiction; provided, that, with respect to clauses (ii) and (iii), OMNIA B&I shall not disclose such Confidential Information to any actual or potential Restricted Healthcare Account;

22

(b)     to advise its affiliates, employees, consultants, attorneys and agents who receive the Confidential Information of the existence and terms of this Agreement and of the obligations of confidentiality herein;

(c)     to use and require its affiliates, employees, consultants, attorneys, accountants and representatives to use at least the same degree of care to protect the Confidential Information as used in respect to the disclosing Party's proprietary information, however, in no event will the degree of care be less than holding the Confidential Information in confidence;

(d)     to use the Confidential Information only for the purpose of performing its obligations under this Agreement; and

(e)     with respect to OMNIA B&I only, to not use or disclose the Confidential Information to recruit or retain actual or potential Restricted Healthcare Accounts.

7.3     <u>Non-Confidential Information</u>. Notwithstanding anything to the contrary herein, neither Party has an obligation to preserve the confidentiality of any Confidential Information which:

(a)     was previously known to such Party free of any obligation to keep it confidential;

(b)     is or becomes publicly available by other than unauthorized disclosure;

(c)     is developed by or on behalf of such Party independently of any Confidential Information disclosed by the Party; or

(d)     is received from a third party whose disclosure does not violate any confidentiality obligation.

7.4     <u>Remedies</u>. The Parties acknowledge and agree that the restrictions contained herein are reasonable and a necessary protection of the legitimate interest of the Parties, and that any violation of these restrictions would cause substantial and irreparable injury to the Parties and that the Parties would not have entered into this Agreement without receiving the additional consideration offered by the Parties binding themselves to these restrictions. In the event of any violation of these restrictions, the Parties will be entitled, in addition to any other remedy available, to preliminary and permanent injunctive relief, and all reasonable costs of enforcement hereunder, including, but not limited to, reasonable attorney's fees.

7.5     <u>Survival</u>. The provisions of this Article VII will survive for a period of five (5) years following the expiration or earlier termination of this Agreement.

## ARTICLE VIII

## INDEMNITY

8.1     OMNIA B&I agrees to indemnify, defend, and hold harmless Premier, its affiliates and their respective directors, officers, employees and agents (each a "Premier Indemnified Party") with respect to any and all losses, damages, expenses (including, without limitation, interest, penalties, and reasonable attorney's fees), or judgments incurred by a Premier Indemnified Party in connection with a claim, demand or action brought by a third party against a Premier Indemnified Party resulting from or arising, either directly or indirectly, out of any breach by OMNIA B&I of the terms of this Agreement. Premier agrees to indemnify, defend, and hold harmless OMNIA B&I, its affiliates and their respective directors, officers, employees and agents (each a "OMNIA B&I Indemnified Party") with respect to any and all losses, damages, expenses (including, without limitation, interest, penalties, and reasonable attorney's fees), or judgments incurred by an OMNIA B&I Indemnified Party in connection with a claim, demand or action brought by a third party against an OMNIA B&I Indemnified Party resulting from or arising, either directly or indirectly, out of any breach by Premier or Innovatix of the terms of this Agreement. The indemnifying Party will not be responsible for any settlement entered into by the indemnified Party without first obtaining the indemnifying Party's prior written consent to such settlement, which consent will not be unreasonably withheld. If any claim relating to the matters indemnified pursuant to this Section 8.1 is asserted, then the indemnified Party will give written notice thereof to the indemnifying Party. Upon receipt of such notice, the indemnifying Party has the right to undertake by counsel or representative(s) of its own choosing, the good faith defense, compromise, or settlement of the claim, such defense, compromise, or settlement to be undertaken on behalf of and for the account and risk for the indemnified Party. The indemnified Party will cooperate with the indemnifying Party in such defense at the indemnifying Party's expense and provide the indemnifying Party with all information and assistance reasonably necessary to permit the indemnifying Party to settle and/or defend any such claim. The indemnified Party has the right to participate in such defense at its own choice, but any such participation shall be at its own expense.

8.2     Premier, its affiliates and their respective directors, officers, employees and agents will not be liable to OMNIA B&I or to any other entity or person for the acts or omissions solely of its Suppliers or other vendors; further, Premier, its affiliates and their respective directors, officers, employees and agents will not be liable to OMNIA B&I or to any other entity or person for any breach of any expressed or implied representation or warranty made by such Supplier or other vendor regarding any goods or services that may be the subject of any purchasing agreement under or concerning the Program or any other Premier programs.

8.3     NOTWITHSTANDING ANY OTHER PROVISION OF THIS AGREEMENT TO THE CONTRARY, EXCEPT PURSUANT TO A PARTY'S INDEMNIFICATION OBLIGATIONS OR CLAIMS ARISING FROM A

DM_US 197320650-4.024197.0335

PARTY'S FRAUD, GROSS NEGLIGENCE OR WILLFUL MISCONDUCT OR BREACH OF CONFIDENTIALITY OBLIGATIONS, IN NO EVENT WILL EITHER PARTY BE LIABLE FOR ANY PUNITIVE, TREBLE OR OTHER SPECIAL DAMAGES IN CONNECTION WITH ANY CLAIMS, LOSSES, DAMAGES OR INJURIES ARISING OUT OF THE CONDUCT OF SUCH PARTY PURSUANT TO THIS AGREEMENT REGARDLESS OF WHETHER THE NONPERFORMING PARTY WAS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES OR NOT, OTHER THAN TO THE EXTENT SUCH DAMAGES WERE AWARDED TO A THIRD PARTY.

## ARTICLE IX

## MISCELLANEOUS

9.1    Entire Agreement. This Agreement, together with the Purchase Agreement, contains the entire agreement among the Parties relating to the subject matter of this Agreement and supersedes all previous contracts and all prior representations or agreements between the Parties, whether written or oral, relating to the subject matter of this Agreement.  Without limiting the foregoing, the Parties agree that, effective as of the date hereof, this Agreement supersedes and replaces the Prior Channel Partnership Agreement with the effect that, effective as of the date hereof, all Gross Revenue earned or processed after the date hereof will be shared according to the methodologies and percentages set forth in Article V of this Agreement.

9.2    Severability. If any part of this Agreement is determined to be invalid, illegal, or unenforceable by any valid Act of Congress or of any legislature or by any regulation duly promulgated by the United States or a state acting in accordance with the law, or declared null and void by any court of competent jurisdiction, then such part will be reformed, if possible, to conform to the law, and, in any event, the remaining parts of this Agreement will be fully effective and operative insofar as reasonably possible.

9.3    Modification; Waiver. No modification of or amendment to this Agreement will be deemed effective unless in writing and signed by a duly authorized representative of each of the Parties. Waiver of a breach of any provision(s) of this Agreement will not be deemed a waiver of any other breach of the same or any different provision(s).

9.4    Binding on Successors. This Agreement is binding upon and inures to the benefit of the Parties hereto and their respective legal representative(s), successor(s), and permitted assignee(s).

9.5    Assignments. Neither Party may assign, subcontract, delegate or otherwise transfer any of its rights or obligations under this Agreement without the prior written consent of the other Party; provided, however, that either Party may assign this Agreement to such Party's general partner, parent entity, a wholly-owned

25

subsidiary, or entity under common control with the Party without the prior written consent of the other Party hereto. No assignment hereunder will operate to release the assigning Party of any of its obligations hereunder.

9.6 <u>Governing Law and Arbitration</u>. This Agreement will be governed by and interpreted in accordance with the laws of the State of Delaware without regard to any conflict of laws principles. Any dispute, claim, or controversy arising out of or relating to this Agreement or the breach, termination, enforcement, interpretation. or validity thereof, including the determination of the scope or applicability of this dispute resolution clause, shall be determined by arbitration in the District of Delaware, before one (1) arbitrator. The arbitration shall be administered by JAMS pursuant to its Comprehensive Arbitration Rules and Procedures. Judgment on the award may be entered in any court having jurisdiction. This clause shall not preclude parties from seeking provisional remedies in aid of arbitration from a court of appropriate jurisdiction. The prevailing Party will be entitled to recover its reasonable attorneys' fees and arbitration costs from the other Party. The arbitration award shall be final and binding. Each Party commits that prior to commencement of arbitration proceedings, the parties shall submit the dispute to JAMS for mediation. The parties will cooperate with JAMS and with one another in selecting a mediator from JAMS panel of neutrals, and in promptly scheduling the mediation proceedings. The parties covenant that they will participate in the mediation in good faith, and that they will share equally in its costs. The mediation will be conducted by each Party designating a duly authorized officer or other representative to represent the Party with the authority to bind the Party, and that the parties agree to exchange informally such information as is reasonably necessary and relevant to the issues being mediated. All offers, promises, conduct, and statements, whether oral or written, made in the course of the mediation by any of the parties, their agents, employees, experts, and attorneys, and by the mediator or any JAMS employees, are confidential, privileged, and inadmissible for any purpose, including impeachment, in any arbitration or other proceeding involving the parties, provided that evidence that is otherwise admissible or discoverable shall not be rendered inadmissible or non-discoverable as a result of its use in the mediation. If the dispute is not resolved within thirty (30) days from the date of the submission of the dispute to mediation (or such later date as the parties may mutually agree in writing), the administration of the arbitration shall proceed forthwith. The mediation may continue, if the parties so agree, after the appointment of the arbitrator. Unless otherwise agreed by the parties, the mediator shall be disqualified from serving as arbitrator in the case. The pendency of a mediation shall not preclude a Party from seeking provisional remedies in aid of the arbitration from a court of appropriate jurisdiction, and the parties agree not to defend against any application for provisional relief on the ground that a mediation is pending. Notwithstanding the foregoing, in the event a dispute, claim, or controversy arising out of or relating to this Agreement also involves a dispute pursuant to the Purchase Agreement, the dispute resolution provisions in the Purchase Agreement shall control.

26

9.7 <u>Notices</u>. Any notice required to be given pursuant to the terms and provisions hereof must be in writing, postage prepaid, and must be sent by FedEx to the applicable Parties at the addresses below, with a cc to the email address below. Any Party may change the address to which notices are to be sent by notice given in accordance with the provisions of this <u>Section 9.7</u>. Notices hereunder will be deemed to have been given, and will be effective, upon receipt by the other Party:

| | |
|---|---|
| If to Premier: | Premier Healthcare Alliance, L.P.<br>13034 Ballantyne Corporate Place<br>Charlotte, NC 28277<br>Attention: General Counsel<br>E-mail: Legal_Review@premierinc.com |
| If to Innovatix: | Innovatix, LLC<br>13034 Ballantyne Corporate Place<br>Charlotte, NC 28277<br>Attention: General Counsel<br>E-mail: Legal_Review@premierinc.com |
| If to OMNIA B&I: | OMNIA B&I<br>5001 Aspen Grove Drive<br>Franklin, Tennessee 37067<br>Attention: General Counsel<br>E-mail: Kevin.Howard@omniapartners.com |

9.8 <u>Pricing Audits</u>. Premier shall, at Premier's sole expense, maintain records of all purchases made by each Rostered Participant under the Program (the "Purchase File"). OMNIA B&I reserves the right to audit the Purchase File for a period of one (1) year from the time such purchases are made. OMNIA B&I shall have the authority to conduct an audit once per calendar year of the Purchase File at OMNIA B&I's sole cost and expense. Premier agrees to cooperate with such audits by exercising, if necessary and deemed appropriate by Premier in its sole discretion, any audit rights afforded to Premier or its affiliates under Supplier Agreements; provided that in the event the potential amount at issue is in the amount of more than Fifty Thousand Dollars ($50,000), Premier and its affiliates shall be obligated to exercise its audit rights with respect thereto and may do so with either internal or third party audit resources. Notwithstanding the foregoing, in the event that OMNIA B&I is made aware of any pricing from a Supplier being offered to OMNIA B&I Members that is higher than the pricing from a Supplier for other Premier Members in the same class of trade and meeting comparable purchase volume and/or market share levels, Premier may elect, in its sole discretion, to exercise any applicable audit rights under the applicable Supplier Agreements to verify the pricing issues. OMNIA B&I shall not be responsible for any cost or expense in connection with such audits due to a discovered material discrepancy in pricing.

27

9.9     <u>Force Majeure</u>. In the event that either Party is unable to perform any of its obligations under this Agreement or to enjoy any of its benefits because of natural disaster, actions or decrees of governmental bodies, failure of any third party to perform, or any other factor beyond the reasonable control of such Party to this Agreement (hereby referred to as a "<u>Force Majeure Event</u>"), the Party who has been so affected will promptly give written notice to the other Party and will do everything reasonably possible to resume performance. Under the Party's receipt of such notice, all obligations under this Agreement will be suspended immediately until termination of the Force Majeure Event.

9.10    <u>Headings</u>. The article and section headings contained in this Agreement are for reference purposes only and do not affect in any way the meaning or interpretation of this Agreement.

9.11    <u>Independent Contractors</u>. It is hereby understood and agreed that nothing contained in this Agreement is intended, or will constitute or be construed, to be or to create or to establish a partnership, joint venture or lease between or among OMNIA B&I, any OMNIA B&I Members or their respective successors or assignees, on the one hand, and Premier, any Rostered Participant, any Premier Member or their respective successors or assignees, on the other hand, or as constituting either Party as the general representative or general agent of the other Party or its member hospitals or affiliates for any purpose whatsoever, except as expressly set forth herein. In entering into this Agreement and in acting in compliance herewith, each Party will at all times be deemed to be acting and performing as an independent contractor duly authorized to perform only as provided for in this Agreement.

9.12    <u>Retention of Documents</u>. Premier represents that its contracts with Suppliers contain provisions that permit the Comptroller General of the United States, the United States Department of Health and Human Services ("<u>HHS</u>") access to the books and records of such Suppliers if the value of goods and services sold under such contracts to a Rostered Participant may exceed $10,000 during any twelve-month period, in compliance with the Medicare access to books and records law as set forth in Section 1861(v)(1)(I) of the Social Security Act (the "<u>Act</u>") and implemented at 42 CFR §420.302. Each Party will retain and make available upon written request to the other Party, for a period of four (4) years after the furnishing of such services as described in this Agreement, copies of this Agreement and any books, documents, records, and other data that are necessary to certify the nature and extent of the cost thereof when requested by the Secretary of Health and Human Services or the Comptroller General of the United States, or any of their duly authorized representatives as required by Section 1861(v)(1)(I) of the Act or other applicable law.

9.13    <u>Social Security Act</u>. The provisions relating to the above retention and production of documents are included because of the possible application of Section 1861(v)(1)(I) of the Social Security Act to this Agreement. If Section 1861(v)(1)(I) of the Act should be found to be inapplicable, then to the extent that Section

1861(v)(1)(I) of the Act is not applicable, Section 9.13 will be deemed to be inoperative and without force and effect.

*[Remainder of Page Intentionally Left Blank — Signatures Follow]*

DM_US 197320650-4.024197.0335

**IN WITNESS WHEREOF**, the Parties' respective duly authorized representatives have executed this Agreement effective as of the Effective Date.

**PREMIER HEALTHCARE ALLIANCE, L.P.**,
*a California limited partnership*

By: PREMIER HEALTHCARE SOLUTIONS, INC.,
*its General Partner*

By:_____
Name:  Craig McKasson
Title:   Chief Financial Officer
Date:   7/24/2023 | 2:16:27 PM CDT


**INNOVATIX, LLC**,
*a Delaware limited liability company*


By:_____
Name:  Craig McKasson
Title:   Chief Financial Officer
Date:

*Signature Page of Amended and Restated Channel Partnership Agreement*

**IN WITNESS WHEREOF**, the Parties' respective duly authorized representatives have executed this Agreement effective as of the Effective Date.

**PREMIER HEALTHCARE ALLIANCE, L.P.**,
*a California limited partnership*

By: PREMIER HEALTHCARE SOLUTIONS, INC.,
*its General Partner*

By:_____
Name:  Craig McKasson
Title:   Chief Financial Officer
Date:

**INNOVATIX, LLC**,
*a Delaware limited liability company*

By:_____
Name:  Craig McKasson
Title:   Chief Financial Officer
Date: 7/24/2023 | 2:16:27 PM CDT

*Signature Page of Amended and Restated Channel Partnership Agreement*

DocuSign Envelope ID: 9079F2E9-A5D5-4BBE-A033-9C9629101B37

**NON-HEALTHCARE HOLDINGS, LLC**,
*a Delaware limited liability company*

By: _____

Name: Craig McKasson

Title: Chief Financial Officer

Date: 7/25/2023

*Signature Page of Amended and Restated Channel Partnership Agreement*

SimplyAgree Sign signature packet ID: 55f8493f-a941-45f2-af09-4d58ae214690

**ACKNOWLEDGED AND AGREED**
**(solely with respect to Section 4.4):**


**OMNIA PARTNERS, LLC**


By: _____

Name:  Kent E. Capps

Title:  Chief Financial Officer and Treasurer

Date: July 25, 2023