# EXHIBIT 2



Shereen Gomez
Director of ADR Services
1120 Connecticut Avenue NW, Suite 490
Washington, D.C. 20036
Telephone: (202) 221-7561

January 20, 2025


Grahmn Morgan, Esq.                         David Klatsky
Dinsmore & Shohl, LLP                       Premier Healthcare Alliance, LP
100 West Main Street, Suite 900             13034 Ballantyne Corporate Place
Lexington , KY 40507                        Charlotte, NC 28277
Via Email to: grahmn.morgan@dinsmore.com    Via First Class Mail


Steele Clayton, Esq.
Bass Berry & Sims, PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Via Email to: sclayton@bassberry.com

Case Number: 01-25-0000-0333

Alliant Purchasing, LLC
-vs-
Premier Healthcare Alliance, LP
-vs-
Non-Healthcare Holdings, LLC

Dear Parties:

Thank you for choosing the American Arbitration Association (the AAA) to assist in resolving your dispute. The AAA is committed to providing you with the highest level of service.

This correspondence—along with the enclosed Arbitration Information Sheet, Enhanced Arbitrator Selection Process for Large Complex Cases, Billing Information Sheet, *AAA-ICDR® Best Practices Guide for Maintaining Cybersecurity and Privacy*, and *AAA-ICDR Cybersecurity Checklist*—provides basic information about the AAA's arbitration process.

I will be your primary contact for this matter and will serve as a resource to you throughout the administration of your case. At times, a member of my staff may contact you on my behalf, but please do not hesitate to contact me directly with any questions, issues, or concerns.

On January 3, 2025, the AAA received a Demand for Arbitration dated January 3, 2025 regarding a dispute between the parties arising out of a contract providing for arbitration administered by the AAA or governed by the AAA's arbitration rules. All other parties should have received a copy of the Demand for Arbitration from Claimant.

This matter will be administered under the AAA's Commercial Arbitration Rules and Mediation Procedures (effective September 1, 2022), which may be downloaded from our website at www.adr.org. The applicable fee schedule is available at http://info.adr.org/feeschedule/

The parties' arbitration clause calls for the hearing to be held in Wilmington, DE. Respondent may file an

Answering Statement, including any objection to the requested locale, by **February 3, 2024.**

If Respondent does not file an Answering Statement, Respondent will be deemed to have denied the claim.

Respondents may file a counterclaim at any time after notice of the filing of the Demand. If a counterclaim is asserted, it shall meet all filing requirements as described in the Rules. The filing fee, as prescribed in the applicable AAA Fee Schedule, must be paid at the time of filing. If Respondents intend to file a counterclaim, please file it directly with me and I can provide an invoice or payment instructions at that time. Counterclaims that do not meet the filing requirements will not be presented to the arbitrator until such time the filing is perfected. If the deficiencies are not cured by the date specified by the AAA, the counterclaim may be returned to the filing party(s).

In order to proceed, an administrative conference call is scheduled for *Tuesday, February 4, 2025 at 11:30 a.m. Eastern Time*.  Kindly join the call at that time using the following dial in information.

Telephone Number: 1 (855) 633-2040

Passcode: 2989546#

The enclosed Arbitration Information Sheet covers items to be discussed, such as mediation and the arbitrator selection process. I invite the parties to browse the AAA's national roster in the meantime

[AAA Healthcare Arbitrator Search Platform](#)

Because the claim exceeds $100,000, the parties shall mediate their dispute unless a party unilaterally opts out per Rule R-10. The mediation should take place concurrently with the arbitration and shall not serve to delay the arbitration proceedings, unless otherwise agreed. We invite the parties to consider mediation in an effort to resolve your dispute more quickly and economically. Note that the AAA offers a refund schedule for cases resolved within sixty (60) days of receipt of the Demand and prior to the appointment of an arbitrator.

To help arbitrators during the appointment process, the parties must complete Checklist for Conflicts forms. This form helps to avoid the possibility of a last-minute disclosure and/or disqualification of the arbitrator. Parties are requested to provide the full and complete names of all persons, firms, companies or other entities involved in this matter including, but not limited to, subsidiaries, related entities, witnesses, consultants, and attorneys. This form is not a preliminary or final witness list, and the AAA will not share your Checklist with the opposing party. However, arbitrators may need to divulge any relevant information in order to make disclosures per the rules. Checklists are due by **February 3, 2025,** and may be completed online via AAA WebFile or on the enclosed template.

If you have a WebFile account, you should see this case listed when you log in. If you do not see the case when you log in, please contact me. If you do not have a WebFile account, please request a registration code from customerservice@adr.org and they will email you with instructions for registering for immediate case access.

The parties may use AAA WebFile® to file online their pleadings, including claims, counterclaims, answers, motion briefing, pre- and post-hearing briefs, and other substantive filings. Please review the [AAA WebFile® Electronic Case Filing Guidelines](#). If you have any questions, please refer to the [AAA WebFile® Electronic Case Filing ("ECF") Guidelines FAQ](#) or contact me.

Due to our confidentiality policy and security practices, please note that AAA employees are not permitted to discuss matters, either verbally or in writing, with any person not reflected in the case file. We require written notice of any new participant before s/he can be included on correspondence and/or involved in telephonic discussions. If a new participant should be added to the case file, please provide his/her contact information.

Please let me know if you have any questions. I am looking forward to working with you.

Please contact me with any questions. I look forward to assisting you in this matter.

Sincerely,

/s/ Shereen Gomez

Shereen Gomez, Esq.
Director of ADR Services
Direct Dial: (202)221-7561
Email: ShereenGomez@adr.org

Enclosure

cc: Lexie J. Elder, Esq., Via Email
    Seth Church, Esq., Via Email