# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

| | |
|---|---|
| ALLIANT PURCHASING, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:25-CV-00006-CHB |
| | ) |
| OMNIA PARTNERS, LLC and | ) |
| PREMIER, INC. | ) |
| | ) |
| Defendants. | ) |

## <u>ORDER</u>

Defendant Omnia Partners, LLC, having moved to dismiss Plaintiff Alliant Purchasing, LLC's claims against Omnia Partners, LLC set forth in the Amended Complaint; and this Court being otherwise sufficiently advised:

**IT IS HEREBY ORDERED** that Omnia Partners, LLC's Motion to Dismiss Plaintiff Alliant Purchasing, LLC's claims against Omnia Partners, LLC set forth in the Amended Complaint is hereby **GRANTED**.

All Plaintiff Alliant Purchasing, LLC's claims against Omnia Partners, LLC set forth in the Amended Complaint are hereby **DISMISSED IN THEIR ENTIRETY WITH PREJUDICE**.

This is a final and appealable Order; there being no just reason for delay of its entry.