**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| ALLIANT PURCHASING, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:25-cv-6-CHB |
| | ) | |
| OMNIA PARTNERS, LLC and | ) | |
| PREMIER, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT PREMIER, INC.'S MOTION TO DISMISS**

Defendant Premier, Inc., hereby moves that the Court dismiss all claims in the Amended Complaint against it.  The reasons for granting the motion are set forth in the accompanying Memorandum and exhibits, filed under seal with this motion.

Respectfully submitted,

*/s/ Kent Wicker*
Kent Wicker
WICKER / BRAMMELL PLLC
323 West Main Street, 11th Floor
Louisville, KY 40202
502-780-6195
Email: kent@wickerbrammell.com

and

Harrison S. Carpenter
Ryan D. Konstanzer
MCDERMOTT WILL & EMERY LLP
The Brandywine Building, 1000 N. West
Street, Suite 1400
Wilmington, DE 19801
302-485-3909
Email: hcarpenter@mwe.com
Email: rkonstanzer@mwe.com
(motions for admission *pro hac vice* forth-
coming)

*Counsel for Defendant Premier, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been filed on the Court's electronic filing system this 17th day of March, 2025, which will provide service to all parties.

*/s/ Kent Wicker*
Kent Wicker

*Counsel for Defendant Premier, Inc.*