**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| ALLIANT PURCHASING, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 3:25-CV-00006-CHB |
| | ) | |
| OMNIA PARTNERS, LLC and | ) | |
| PREMIER, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT OMNIA PARTNERS, LLC'S MOTION FOR ORAL ARGUMENT ON PENDING MOTION TO DISMISS AMENDED VERIFIED COMPLAINT**

On March 5, 2025, Defendant OMNIA Partners, LLC ("OMNIA") filed its Motion to Dismiss Amended Verified Complaint [DN 16]. Plaintiff Alliant Purchasing, LLC filed its Response to OMNIA's Motion on March 26, 2025 [DN 31]. OMNIA files its Reply in Support of Motion to Dismiss contemporaneously with this Motion and respectfully requests the opportunity to be heard at Oral Argument on its Motion.

Oral Argument will assist the Court and make clear the grounds for dismissal of Plaintiff's claims against OMNIA. Accordingly, OMNIA moves the Court for entry of an Order scheduling this matter for Oral Argument. A Proposed Order is attached hereto.

Respectfully submitted,
FROST BROWN TODD LLP

*/s/ Jeremiah A. Byrne*
Jeremiah A. Byrne
William B. Decker, III
400 W. Market St., 32nd Floor
Louisville, KY 40202
(502) 589-5400
(502) 581-1087
jbyrne@fbtlaw.com
wdecker@fbtlaw.com
*Counsel for Defendant OMNIA Partners, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of April 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will serve notice on all parties registered to receive notice in this case, and that a true and correct copy of the foregoing was served this 9th day of April 2025 by electronic mail to the following:

Grahmn N. Morgan
Seth T. Church
Lexie J. Elder
Dinsmore & Shohl LLP
100 W. Main St., Suite 900
Lexington, KY 40507
grahmn.morgan@dinsmore.com
seth.church@dinsmore.com
lexie.elder@dinsmore.com
*Counsel for Plaintiff*

Kent Wicker
Katherine E. Tapp
Wicker Brammell PLLC
323 W. Main St.
11th Floor
Louisville, KY 40202
kent@wickerbrammell.com
katherine@wickerbrammell.com
*Counsel for Defendant, Premier, Inc.*

Harrison S. Carpenter
Ryan Konstanzer
McDermott Will & Emery LLP
1000 N. West St.
Suite 1400
Wilmington, DE 19801
hcarpenter@mwe.com
rkonstanzer@mwe.com
*Counsel for Defendant, Premier, Inc.*

*/s/ Jeremiah A. Byrne*
*Counsel for Defendant OMNIA Partners, LLC*

0159667.0799327 4904-0118-1490v1