UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| ALLIANT PURCHASING, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:25-CV-006-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER GRANTING JOINT MOTION** |
| OMNIA PARTNERS, LLC, *et al.* | ) | **TO STAY OR ABATE** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Joint Motion to Stay or Abate, [R. 69].  The parties request that the Court stay or abate this action for a period of ninety (90) days because they have "re-engaged in settlement discussions that all parties believe may be productive and resolve this matter, the other matter pending before the Court, and the pending arbitration."  *Id.* at 1.   Accordingly, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1.   The parties' Joint Motion to Stay or Abate, [**R. 69**], is **GRANTED**.

2.   This matter, including all deadlines, are **STAYED** pending further order of the Court.

3.   The parties **SHALL** file a Joint Status Report advising of the status of settlement discussions **by no later than Monday, August 17, 2026**, or within **five (5) days** the completion of any settlement negotiations, whichever occurs first.

4.   All pending motions, [**R. 66**], [**R. 67**], and [**R. 68**], are **DENIED WITHOUT PREJUDICE** to the parties' ability to refile said motions should mediation prove unsuccessful.

This the 20th day of May, 2026.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:      Counsel of Record