IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:25-CV-000006-CHB
***Electronically Filed***

ALLIANT PURCHASING, LLC PLAINTIFF

vs.

OMNIA PARTNERS, LLC, *et al.* DEFENDANTS

# JOINT STATUS REPORT

Plaintiff, Alliant Purchasing, LLC, and Defendants, Omnia Partners, LLC and Premier, Inc., by counsel and pursuant to the Court's May 20, 2026, order (ECF No. 70), report that the parties remain actively engaged in settlement negotiations and believe that continued negotiations may resolve this matter without the need for further litigation. Accordingly, the parties jointly request that the Court extend the current stay for an additional fourteen days to allow the parties sufficient time to continue their settlement efforts, unless any party otherwise provides notice to the Court sooner that settlement discussions have been unsuccessful and discontinued.

*/s/ Harrison S. Carpenter (with permission)*
Harrison S. Carpenter (pro hac vice forthcoming)
Ryan D. Konstanzer (pro hac vice forthcoming)
McDermott Will & Schulte LLP
The Brandywine Building
100 N. West Street, Suite 1400
Wilmington, DE 19801
hcarpenter@mwe.com
rkonstanzer@mwe.com

-and-

Kent Wicker
Wicker Brammell PLLC
Louisville, KY 40202
kent@wickerbrammell.com
*Counsel for Defendant, Premier, Inc.*

*/s/ Grahmn N. Morgan*
Grahmn N. Morgan
Seth T. Church
Lexie J. Elder
Dinsmore & Shohl LLP
100 W. Main Street, Suite 900
Lexington, Kentucky 40507
Phone: (859) 425-1000
Fax: (859) 425-1099
grahmn.morgan@dinsmore.com
seth.church@dinsmore.com
lexie.elder@dinsmore.com
*Counsel for Plaintiff, Alliant Purchasing, LLC*

*/s/ Jeremiah A. Byrne (with permission)*
Jeremiah A. Byrne
William B. Decker III
400 W. Market St., 32nd Floor
Louisville, KY 40202
jbyrne@fbtlaw.com
wdecker@fbtlaw.com
*Counsel for Defendant, Omnia Partners, LLC*