UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ALLIANT PURCHASING, LLC,

Plaintiff,

v.

OMNIA PARTNERS, LLC, *et al.*

Defendants.

Civil Action No. 3:25-CV-006-CHB

**ORDER**

*** *** *** ***

This matter is before the Court on the parties' Joint Status Report, [R. 72]. The parties request "the Court extend the current stay for an additional fourteen days to allow the parties sufficient time to continue their settlement efforts." *Id.* at 1. Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the parties **SHALL** file a Joint Status Report advising of the status of settlement discussions **by no later than Monday, August 31, 2026**, or within **five (5) days** the completion of any settlement negotiations, whichever occurs first.

This the 19th day of August, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record