UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ALLIANT PURCHASING, LLC, )
)
Plaintiff, ) Civil Action No. 3:25-CV-006-CHB
)
v. )
)
OMNIA PARTNERS, LLC, *et al.* )
)
Defendants. )

**ORDER**

*** *** *** ***

This matter is before the Court on the parties' Joint Status Report, [R. 74]. The parties advise that they "remain actively engaged in multistep settlement efforts" and request the current stay be extended "for an additional ninety (90) days until November 30, 2026, to give the parties time to conduct any necessary due diligence and finalized their settlement efforts." *Id.* at 1. The parties state that should the settlement fall through, they will notify the Court and the stay should be lifted. *Id.*

Therefore, having reviewed the Joint Status Report, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the parties **SHALL** file a Joint Status Report advising the status of settlement discussions **<u>by no later than November 30, 2026</u>**, or within **five (5) days** of the completion or failure of any settlement negotiations, whichever occurs first.

This the 3rd day of September, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

cc: Counsel of Record